IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE WEEKS-KATONA,<br><br>    Petitioner,<br><br>v.<br><br>SCHELIA A. CLARK,<br><br>    Respondent.<br>_____ / | No. CV 07-3053 MJJ (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial, hearing or review before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is DISMISSED. Judgment is entered in favor of Respondent and against Petitioner.

Dated: July 31, 2007                                              Richard W. Wieking, Clerk

*[signature]*

By: Edward Butler
Deputy Clerk