IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE WEEKS-KATONA, | No. C 07-3053 MJJ (PR) |
| Petitioner, | **ORDER DENYING MOTIONS FOR HEARING AND FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| SCHELIA A. CLARK, | |
| Respondent. | **(Docket No. 15 & 18)** |

On July 31, 2007, this action was dismissed for failure to state a cognizable claim for relief. Petitioner has filed a motion for "hearing" in which she seeks to have the dismissal order should be "rescinded." Petitioner offers no basis for vacating or reconsidering the dismissal of this action. Accordingly, the motion for a hearing is DENIED. Moreover, in light of earlier grant of petitioner's request for leave to proceed in forma pauperis, the motion for leave to proceed in forma pauperis is DENIED as moot.

This order terminates docket numbers 15 & 18.

IT IS SO ORDERED.

DATED: 09/03/07

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.07\weeks-katona4.mot.wpd