IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANICE WEEKS-KATONA, | ) | No. C 07-3053 MJJ (PR) |
| Petitioner, | ) ) | **ORDER DENYING MOTIONS TO ENLARGE JURISDICTION AND FOR HEARING** |
| v. | ) ) | |
| SCHELIA A. CLARK, | ) ) | |
| Respondent. | ) | **(Docket Nos. 25 & 26)** |
| _____ | ) ) | |

On July 31, 2007, this action was dismissed for failure to state a cognizable claim for relief. In light of the dismissal and termination of this action, petitioner's motion "for hearing to set bond" and motion "to enlarge court of record's jurisdiction" are DENIED. In addition, petitioner's request for an order to show cause why a temporary injunction should not issue, which request is set forth in her September 11, 2007 proposed order to show cause, is DENIED.

This order terminates docket numbers 25 & 26.

IT IS SO ORDERED.

DATED: 10/23/07

_____
MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.07\weeks-katona4.mot2.wpd