IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE WEEKS-KATONA, ) | No. C 07-3053 MJJ (PR) |
| ) | |
| Petitioner, ) | **ORDER OF DENYING** |
| ) | **CERTIFICATE OF** |
| v. ) | **APPEALABILITY;** |
| ) | **DENYING LEAVE TO** |
| SCHELIA A. CLARK, ) | **PROCEED IN FORMA** |
| ) | **PAUPERIS ON APPEAL** |
| Respondent. ) | |
| ) | |
| _____ ) | (Docket No. 32) |

  Petitioner, a California state prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was dismissed, and petitioner has filed a notice of appeal, which the court construes as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is DENIED.

G:\PRO-SE\MJJ\HC.07\weeks-katona4.coa.wpd

1  Petitioner has applied for leave to proceed in forma pauperis on appeal. 28 U.S.C. §
2  1915(a)(3) provides that an appeal may not be taken in forma pauperis if the district court
3  certifies that it is not taken in good faith. The appeal in this matter is not taken in good
4  faith, and leave to proceed IFP on appeal is DENIED.
5  The Clerk shall forward this order, along with the case file, to the United States Court
6  of Appeals for the Ninth Circuit, from which petitioner also may seek a certificate of
7  appealability. See Asrar, 116 F.3d at 1270.
8  This order terminates docket number 32.
9  IT IS SO ORDERED.
10  DATED: 12/05/07

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.07\weeks-katona4.coa.wpd  2