UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE WEEKS-KATONA,<br><br>        Plaintiff,<br><br>  v.<br><br>SCHELIA A. CLARK et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-03053 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Janice Weeks-Katona
Federal Correctional Institution - Dublin
Prisoner Id 17493-018
5701 - 8th Street, Camp Parks
Dublin, CA 94568


Dated: December 6, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk