Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Attorney for Petitioner





```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                            San Francisco
```

| | | |
|---|---|---|
| Janice Weeks-Katona, | ) | CASE NO. C-07-3053 [28 USC § 2243] |
| | ) | (Constitutional common law habeas corpus) |
| Petitioner, | ) | |
| | ) | MOTION FOR CONDITIONAL RELEASE ON PERSONAL |
| v. | ) | RECOGNIZANCE OR UNSECURED APPEARANCE BOND |
| | ) | [Per 18 USC § 3142(b)(c)(B)(x)(3)] |
| SCHELIA A. CLARK, | ) | and |
| SUSAN C. BUCKLEW, | ) | NOTICE OF HEARING |
| STEVEN D. MERRYDAY, | ) | |
| KAREN S. JENNEMANN, | ) | In Re: USDC, M.D. FL, Tampa |
| JACK SPRINGSTEAD, | ) | Case No. 94-65-CR-T-24(E) |
| RICHARD A. LAZZARA, | ) | Case No. 93-1079-CIV-T-15C/25C |
| TERRY E. HEATH, | ) | Case No. 93-3550/93-3959 (BK Orl) |
| ERNEST F. PELUSO, | ) | State of Florida |
| GREGORY LITTLE, | ) | Case No. 93-503-CFA (5th Cir. Brooksville) |
| CHARLES STUTTS, | ) | Case No. 93-4405/93/4569 (13th Cir. Tampa) |
| BRADLEY E. KING, | ) | Other Administrative Courts |
| JOHN MICHAEL BROWN, | ) | US Treasury/Internal Revenue Service |
| and FRANK DeROSA, | ) | DOJ/Bureau of Prisons |
| | ) | |
| Respondents. | ) | Magistrate: Pending Appointment, or Clerk |
| | ) | Date: January 28, 2008 |
| | ) | Time: Monday 11:30 a.m. |
| | ) | Dept: Room E-129, Unit C, FCI Dublin |
| | ) | 5701-8th St., Camp Parks, Dublin CA |
| | ) | |

NOW COMES the Petitioner, Janice Weeks-Katona, through counsel, and respectfully moves this Court of Record for conditional release on her own recognizance or unsecured Appearance Bond pursuant to Title 18 USC § 3142 (b)(c)(B)(x)(3) in the above-captioned case.

NOTICE OF HEARING

PLEASE TAKE NOTICE that on January 28, 2008, a hearing will be held before this Honorable Court on the above motion at 11:30 a.m. in Room E-129, Unit C, FCI Dublin, 5701-8th St., Camp Parks, Dublin CA.. Your response may be E-Filed to the Clerk.

CONDITIONAL RELEASE BOND: JWK                                    Page 1 of 6

Petitioner was charged with conspiracy to murder a federal judge (Respondent Merryday) and various white-collar crimes in 1994. All Respondents participated in one or more captioned in re cases and handled various aspects of taking property owned or controlled by Petitioner, manufacture of evidence, and prosecution of the charges. Petitioner was dispossessed, force-drugged, convicted, and ultimately sentenced to 292 months plus 60 months probation. All appeals failed.

As grounds for this motion, Petitioner's counsel states:

1. On June 15, 2007, Petitioner filed Petition for Writ of Habeas Corpus in which she alleged vindictive prosecution by Respondents, and lack of jurisdiction.

2. On December 7, 2007, this superior court of record granted Petitioner Summary Judgment as to Respondent Clark, and Ordered Respondent Clark to immediately release Petitioner from custody. Respondent Clark has failed to release Petitioner as ordered.

3. The remaining twelve Respondents have not yet been served, and are entitled to be heard by this Court by return of writ to show cause why Petitioner should continue under restraints or distraints.

4. On August 7, and again on October 9, 2007, Respondents acting through agents of Respondent Clark did steal Petitioner's attorney work product.

5. On January 8, 2008, Petitioner learned that a key trial witness has recanted his false testimony against her. He has shown sincere remorse for lying under oath when he was coerced under duress to read the script prepared by the Respondent prosecutor who bribed him and also threatened his family if he failed to give false testimony as ordered. This key witness was involved in the US Treasury/Internal Revenue Service 'takedown' of Petitioner from the beginning. The key witness and other witnesses since recanted fabricated all grounds for all charges against Petitioner as cover-up for Respondents having seized persons and property without jurisdiction.

6. On January 17, 2008, Petitioner filed a verified criminal complaint of larceny with the appropriate US military authorities for US Prisons. The complaint reported the theft of attorney work product which included recanted witness testimony. Petitioner also reported, inter alia, the fact that another key witness had recanted on January 8, 2008. The report was filed pursuant to Title 18 USC § 4 misprision of felony, at her peril. Her son is held hostage.

7. In February, 2007, Petitioner made known her declarations acknowledged and accepted by US Secretary of State, US Attorney General, US Secretary of the Treasury, and Secretary of Homeland security. The declarations established the following facts:

   (a) Janice Weeks-Katona is cestui que trust and Secretary of the Treasury is successor trustee of constructive trust SSN 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, and all other constructive trusts predicated thereon, including all above-captioned in re cases subject matter in this instant case.

   (b) Janice Weeks-Katona exercises her birthright as an Article I § 2 ¶3 "Indian not taxed", per Treaty 1778.

   (c) Janice Weeks-Katona is an Indian of North America (Canada, America, Mexico) a registered member of the Pembina Nation Little Shell Band, #LS486078. a linear descendant per Treaty 1863.

   (d) Janice Weeks-Katona is one of the People as contemplated in the Preamble of the organic Constitution of the united States, domiciled in the state of California, and is not a citizen of a State of the United States defined in US Supreme Court Rules, Rule 47; and is not subject to statute per Title 26 USC § 7806.

   (e) Janice Weeks-Katona is a sovereign, having a court of record. She is an internationally protected person, as is her family, her retinue, and her property as described in Title 18 USC § 1116.

(f) Janice Weeks-Katona is a secured party, priority claimant and holder in due course of property, exempt from levy, and contractor for copyright, trademark, patent, of property registered pursuant to Universal Commercial Code.

(g) Janice Weeks-Katona is strawman for Jan Weeks. Trust Privy to Group of Twenty Trusts formed as constitutional, common law, federal contract trusts, not subject to US taxation, levy, seizure, forfeiture, confiscation, 'taking'.

8. On or about June 1, 2007, Petitioner learned that Taxpayer Advocate Service had negotiated and initiated settlement of IRS taking of property Petitioner owned or controled. Secretary Paulson abated all claims, forfeitures etc. against Petitioner from 1988 to February 2007, the date of declaration.

9. All Respondents have at all times material ignored the settlement with the Secretary of Treasury, and continued to collect tax debts, including security interest in the custody of Janice Weeks-Katona, strawman for Jan Weeks.

10. Petitioner has previously been admitted to bail in the 5th Circuit Court of Florida in case no. 93-503-CFA. The key witness, acting for Respondents, had coerced Petitioner under duress to volunteer for arrest and post bond using her home as security. Then key witness kidnapped Petitioner and held her for ransom. During that time the bond was forfeited and the home was taken.

11. Petitioner was under a bond of $100,000 when key witness et al removed her from the area in violation of ne exiate order in case no. 93-4405 13th Cir.

12. Petitioner was arrested because of key witness's false statements to Respondents, in case no. 94-65-CR-T-24(E). Defense counsel did not request bail.

13. Petitioner has no prior criminal record. No record of violence, or mental illness.

14. Respondents invoked jurisdiction over Petitioner by force-drugging her with dangerous, experimental, toxic, overdoses of mind-altering tortious drugs, until she accepted public defender imposed upon her with psycho-terrorism. Respondents have continued threats and carried out threats of force-drugging.

15. In 1993 when imposter trustee, key witness, filed a civil rights action case no. 93-4569 in 13th Circuit Florida court, before Respondent Lazzara, in order to obtain res judicata on behalf of Respondent Stutts, Brown et al it was done without leave of Trust Privy.  At the time the self-insured value of the damages Respondents inflicted upon the trust were established in the case at $1,300,000,000.  Respondent Lazzara recently destroyed the records.

16. From 1993-94 all Respondents deprived Petitioner of possession of her entire estate and is now a pauper unable to pledge any security for bail.

17. Petitioner is not a flight risk. Key witness and his cohorts acting on behalf of Respondents did kidnap and terrorize Petitioner and removed her from home and workplace creating the illusion of abandonment and flight to facilitate Respondents taking said property. Key witness and Respondents hold her son hostage.

18. Petitioner is sixty-three years old.  She is permanently physically disabled as a result of being force-drugged, and must use a four-wheel seated walker. She has suffered severe internal injuries from being force-drugged and over-prescribed with drugs to induce heart attack, stroke, cancer, and death. Petitioner  suffered three of the four symptoms.  Her health is very poor and her life is foreshortened and diminished.  She is in pain.  No medical care is available to her within the system of Bureau of Prisons, by reason of conflict of interest in litigation against Respondents and drug providers.  Respondent Clark has denied Petitioner release for medical care at Mayo Clinic in Jacksonville.

19. Petitioner submits the evidence presented here and to US military authorities as sufficient support for specified Appearance Bonds of $1,000,000 per Respondent. The party in whose favor  the court rules keeps the bond, and the party ruled against forfeits the bond.  Each Respondent will be treated separately as to whether he has proof of claim, proof of contract, proof of authority, proof of jurisdiction over Petitioner, her family, her owned or controled property. The total amount of the bonds is $13,000,000, Thirteen million dollars.

20. Petitioner moves this Court to set aside the bond forfeiture and discharge the Surety in case no. 93-503-CFA, 5th Circuit, State of Florida, Hernando County, as a condition for the $1,000,000 appearance bond without surety to stand in its place.

21. In support of substitution of bond, the original bail bond was posted by Janice Weeks-Katona for $10,000. The collateral for said bond was her condominium apartment #4-E, Crescent Beach Club (Tower One), Gulf Boulevard at Sand Key, Clearwater, Florida, Pinellas County. At some point the bond was increased to $50,000. The unknown surety was involved with key witness et al in the taking of both Janice Weeks-Katona and the property for Respondents.

22. Petitioner is homeless, and upon release would have no home to live in unless the unlawfully obtained bond, false arrest, and forfeiture is not set aside and the property returned to its rightful owner, Janice Weeks-Katona.

23. Petitioner also moves this Court as condition of release, to order Petitioner to reside at the Mayo Clinic in Jacksonville, Florida, or at such other location as is needful for recovery of her health and wellbeing for the first six months of release period. Said medical and personal care expenses shall be paid for by Respondent Clark, successor Copenhaver, and the Bureau of Prisons.

24. Petitioner also moves this Court as condition of release, to set a definite fixed release date for Petitioner, in order to timely manage personal matters.

25. Petitioner also requests that she not be forced to give a DNA sample to any of the Respondents or other agency of government.

WHEREFORE, Petitioner prays this Court will grant personal recognizance bonds without surety, motion for release on personal recognizance, order to release property, order for medical and personal care at Mayo Clinic, and fixed release date without giving DNA sample.

Executed this January 22, 2008

Respectfully submitted,
Janice Weeks-Katona

_____
Counsel for Petitioner

I, Janice Weeks-Katona, do declare under penalty of perjury that the foregoing is true and correct. January 22, 2008.

_____
Petitioner

CONDITIONAL RELEASE BOND: JWK                              Page 6 of 6

CERTIFICATE OF SERVICE

I, Janice Weeks-Katona, certify under penalty of perjury that I deposited a true and correct copy of MOTION FOR CONDITIONAL RELEASE ON PERSONAL RECOGNIZANCE OR UNSECURED APPEARANCE BOND, addressed to each person named below, with sufficient first-class postage affixed on each envelope, into the institution's mail receptacle provided, on January 22, 2008, pursuant to Houston v. Lack, deemed served at time of deposit. To further insure prompt delivery, the Clerk is asked to also serve each person by E-Filing because Petitioner is in forma pauperis.

SCHELIA A. CLARK (BOP Warden)
Bureau of Prisons
c/o Western Region
7950 Dublin Blvd, 3rd FL
Dublin, CA 94568

SUSAN C. BUCKLEW (a US District Judge)
Sam Gibbons Courthouse
801 N. Florida Ave. Ste. 218
Tampa FL 33602-3800

STEVEN D. MERRYDAY (US District Judge)
Sam Gibbons Courthouse
801 N. Florida Avenue, Ste. 218
Tampa FL 33602-3800

KAREN S. JENNEMANN (US Dist. Judge BK)
US Bankruptcy Court
135 W. Central Blvd. Ste. 950
Orlando FL 32801

JACK SPRINGSTEAD (FL 5th Cir. Judge)
Hernando County Courthouse
20 N. Main Street, Room 136
Brooksville FL 34601-2800

RICHARD A. LAZZARA (FL 13th Cir. Judge)
13th Circuit Civil Div.
Hillsborough County Courthouse
P.O. Box 989
Tampa FL 33601-0989

FRANK DeROSA (IRS-CID Special Agent)
Internal REvenue Service
3848 W. Columbia Drive
Tampa, Florida 33607

TERRY E. HEATH (US Probation Officer)
US Probation Office
900 Timberlake Annex Bldg.
501 East Polk Street
Tampa FL 33602-3945

ERNEST F. PELUSO (A US prosecutor)
Assistant US Attorney
400 N. Tampa Street, Ste. 3200
Tampa FL 33602

GREGORY LITTLE ( an SEC attorney)
Securities & Exchange Com. Reg. Ofc.
801 Brickell Avenue, Ste. 1800
Miami FL 33131-3503

CHARLES STUTTS (SEC receiver of PBCT)
c/o Holland & Knight Law Office
P.O. Box 837
100 N. Ashley Street
Tampa FL 33602

BRADLEY E. KING (FL State Attorney)
Hernando County Courthouse
20 N. Main Street, Room 400
Brooksville FL 34601

JOHN MICHAEL BROWN (FL investigator)
Florida Comptroller Office
Dept. Banking & Finance, Securities Div.
The Capitol, Suite 1302
Tallahassee FL 32390-0350

RICHARD W. WIEKING
Clerk of the District Court
450 Golden Gate Ave.
P.O. Box 36060
San Francisco CA 94102-9680

Executed January 22, 2008

Janice Weeks-Katona Petitioner