**FILED**

FEB 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANICE WEEKS-KATONA, | ) | No. C 07-3053 MJJ (PR) |
| Petitioner, | ) | **ORDER DENYING MOTION FOR RELEASE** |
| v. | ) | |
| SCHELIA A. CLARK, | ) | (Docket No. 40) |
| Respondent. | ) | |

    Petitioner, a federal prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition was dismissed, and her petition for a certificate of appealability was denied, and this matter is currently on appeal. Petitioner has since filed in this court a motion for release on personal recognizance or unsecured bond. Petitioner's motion is DENIED for failure to make an adequate showing for release.

    This order terminates docket number 40.

    IT IS SO ORDERED.

DATED: 2/15/2008

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.07\weeks-katona4.rls.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JANICE WEEKS-KATONA,

    Plaintiff,

v.

SCHELIA A. CLARK et al,

    Defendant.
_____/

Case Number: CV07-03053 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Janice Weeks-Katona
Federal Correctional Institution - Dublin
Prisoner Id 17493-018
5701 - 8th Street, Camp Parks
Dublin, CA 94568

Dated: February 19, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk