**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 15 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JANICE WEEKS-KATONA | No. 07-74260 |
| JANICE WEEKS-KATONA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>Respondent,<br><br>and<br><br>SCHELIA A. CLARK,<br><br>Real Party in Interest. | D.C. No. CV-07-3053-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

The Clerk shall amend the docket to add Schelia A. Clark as a real party in interest.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition

07-74260

is denied. Petitioner's request for a certificate of appealability is proceeding in No. 07-17280.

All pending motions are denied as moot.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

PROSE

```
A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

            FEB 1 5 2008

by: _____
            Deputy Clerk
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-74260 Weeks-Katona, et al v. USDC-CAN

JANICE WEEKS-KATONA            Janice Weeks-Katona
     Petitioner                Reg- 17493-018 Unt C
                               [NTC prs]
                               FCID - FEDERAL CORRECTIONAL
                               INSTITUTION (DUBLIN)
                               5701 Eighth St., - Camp Parks
                               Dublin, CA 94568

     v.

UNITED STATES DISTRICT COURT   U.S. Attorney
FOR THE NORTHERN DISTRICT OF   [COR LD NTC gov]
CALIFORNIA                     U.S. Attorney's Office
     Respondent                450 Golden Gate Ave.
                               San Francisco, CA 94102

SCHELIA A. CLARK
     Real Party in Interest
```