Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Petitioner, Counsel of record



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco

| | |
|---|---|
| JANICE WEEKS-KATONA,<br><br>                Petitioner,<br><br>     v.<br><br>SCHELIA A. CLARK,<br>SUSAN C. BUCKLEW,<br>STEVEN D. MERRYDAY,<br>KAREN S. JENNEMANN,<br>JACK SPRINGSTEAD,<br>RICHARD A. LAZZARA,<br>TERRY E. HEATH,<br>BRADLEY E. KING,<br>JOHN MICHAEL BROWN,<br>CHARLES STUTTS,<br>GREGORY LITTLE,<br>ERNEST F. PELUSO,<br>and FRANK DeROSA,<br>   and<br>HENRY PAULSON,<br><br>                Respondents. | Case No. C-07-3053 MJJ (PR)<br>Constitutional Habeas Corpus of Right<br>under common law<br><br>VERIFIED MOTION FOR WRIT OF ERROR<br>CORAM NON JUDICE, ORDER TO SHOW CAUSE<br>         and<br>JOINDER OF REAL PARTY IN INTEREST, PRINCIPAL<br>HENRY PAULSON, SECRETARY OF THE TREASURY<br>         and<br>MOTION FOR WRIT OF MANDAMUS TO RESPONDENTS<br><br>Re:     USDC, M.D. FL, Tampa<br>    Case No. 94-65-CR-T-24(E)<br>    Case No. 93-1079-CIV-T-15/25C<br>    Case No. 93-3550/93-3959 (BK Orl)<br>      State of Florida Courts<br>    Case No. 93-503-CFA 5th Cir.<br>    Case No. 93-4405/93-4569 13th Cir.<br>      Administrative Courts<br>US Treasury, Internal Revenue Service,<br>Dept. of Justice, Federal Bureau of Prisons |

COMES NOW Janice Weeks-Katona, Petitioner and counsel of record, proceeding with leave of US District Court to proceed in forma pauperis before this Superior Court of Record in the matter of Petition for constitutional habeas corpus of right under the common law as stated in the law of the case and in the several Writs of Error on the record, and incorporated herein.

On four occasions, February 15, 2008 being the most recent, Judge Martin J. Jenkins invoked jurisdiction not had or given and acted without authority or leave of the superior court of record to make decisions, issue orders, and deny relief, remedy, and recovery. Petitioner moves the Court for writs of error and mandamus.

The grounds for writ of error are repetitious to the point of absurdity. However, Petitioner states again for the record. Judge Martin J. Jenkins was duly assigned by the US District Court to perform ministerial non-discretionary duties to the court of record. Instead, Judge Jenkins has repeatedly usurped the authority of the tribunal and made decisions, issued his own orders without leave of the court of record, or jurisdiction of his own. Any judgment made without jurisdiction is a void judgment. Petitioner's motion was heard in a proceeding had and determined by a court without jurisdiction, which is to say "coram non judice." This situation is the same as if there were no court. Grumon v. Raymond, 1 Conn 40. Ballentine's Law Dictionary, Third Edition, page 272.

Order issued by Judge Martin J. Jenkins on February 15, 2008, is void and subject to writ of error coram non judice.

The Court should review the appearance of conflicting loyalties of personal financial interest in the outcome of this case for Judge Jenkins as well as his fellow IRS qualified contractual tax collectors who are named as respondents in this case. This is a grave conflict with his duties to the court of record.

Since the fact of conflict of interest has arisen in the Ninth Circuit Court of Appeals, the agency relationship should be explored and the principal included. Petitioner joinders Hon. Henry Paulson, Secretary of the Treasury, as principal person needed for just adjudication pursuant to FRCvP Rule 19 and also Rule 20 permissive joinder as a Respondent, the real party in interest. The Clerk is requested to serve all documents upon Respondent Henry Paulson immediately.

All respondents including respondent Henry Paulson, have 10 days from date of writ of error coram non judice to show cause why writ of error should not issue.

Petitioner moves the Court to issue orders in the form of Writ of Mandamus to insure clear understanding of specifics and stipulations and require performance.

I, Janice Weeks-Katona, being under penalty of perjury, declare the aforesaid facts are true and correct to the best of my knowledge, belief, and investigation.

Dated: March 3, 2008

Petitioner, Counsel of Record

CERTIFICATE OF SERVICE

I, Janice Weeks-Katona, certify under penalty of perjury that on March 3, 2008, I deposited into the institution legal mail receptacle a true and correct copy of VERIFIED MOTION FOR WRIT OF ERROR CORAM NON JUDICE, ORDER TO SHOW CAUSE, and JOINDER OF REAL PARTY IN INTEREST, PRINCIPAL HENRY PAULSON, SECRETARY OF THE TREASURY, and MOTION FOR WRIT OF MANDAMUS TO RESPONDENTS addressed to the persons named below, an original to clerk to be filed on demand, with sufficient first-class postage affixed, pursuant to Houston v. Lack deemed served/filed at time of said deposit. To further insure prompt delivery, the Clerk is requested to also serve each person by E-Filing as per Petitioner's in forma pauperis status.

SCHELIA A. CLARK, Warden
Bureau of Prisons  FCI Dublin
c/o Western Regional Office
Director, Robert McFadden
7950 Dublin Blvd, 3rd Floor
Dublin, CA 94568

SUSAN C. BUCKLEW, US District Judge
Sam Gibbons Courthouse
801 N. Florida Ave. Ste. 218
Tampa FL 33602-3800

STEVEN D. MERRYDAY, US District Judge
Sam Gibbons Courthouse
801 N. Florida Ave. Ste. 218
Tampa FL 33602-3800

KAREN S. JENNEMANN, US District Judge
US Bankruptcy Court
135 W. Central Blvd. Ste. 950
Orlando FL 32801

JACK SPRINGSTEAD, Circuit Judge
State of Florida, Fifth Circuit
Hernando County Courthouse
20 N. Main Street, Room 136
Brooksville FL 34601-2800

RICHARD A. LAZZARA, Circuit Judge
State of Florida, Thirteenth Circuit
Hillsborough County Courthouse
Post Office Box 989
Tampa, FL 33601-0989

FRANK DeROSA, IRS-CID Special Agent
US Treasury/Internal Revenue Service
3848 W. Columbia Drive
Tampa, FL 33607

RICHARD W. WIEKING
Clerk of the US District Court
450 Golden Gate Avenue
Post Office Box 36060
San Francisco CA 94102-9680

TERRY E. HEATH (US Probation Officer)
US Probation Office
900 Timberlake Annex Building
501 East Polk Street
Tampa FL 33602-3945

ERNEST F. PELUSO, Assist. US Attorney
US Attorney's Office
400 N. Tampa Street, Ste. 3200
Tampa FL 33602

GREGORY LITTLE, Counsel for SEC
Securities & Exchange Commission
  Regional Office
801 Brickell Avenue, Ste. 1800
Miami FL 33131-3503

CHARLES STUTTS, SEC Receiver of PBCT
c/o Holland & Knight Law Office
P.O. Box 837
100 N. Ashley Street
Tampa FL 33602

BRADLEY E. KING, Asst. State Attorney
Florida State Attorney's Office
Hernando County Courthouse, Room 400
20 N. Main Street
Brooksville FL 34601

JOHN MICHAEL BROWN, agent
Florida Secretary of Treasury
Dept. Banking & Finance, Securities Div.
The Capitol, Suite 1302
Tallahassee FL 32390-0350

HENRY PAULSON, Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington D.C. 20220

Executed March 3, 2008

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568