

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Attornatus Privatus

```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
                    San Francisco
```

| | | |
|---|---|---|
| Janice Weeks-Katona, | ) | CASE NO. C-07-3053 |
| | ) | Constitutional Habeas Corpus of Right |
| Petitioner, | ) | under common law |
| v. | ) | |
| | ) | WRIT OF ERROR CORAM NON JUDICE |
| SCHELIA A. CLARK, | ) | and |
| SUSAN C. BUCKLEW, | ) | ORDER TO RESCIND AND ORDER TO SHOW CAUSE |
| STEVEN D. MERRYDAY, | ) | |
| KAREN S. JENNEMANN, | ) | Re:    USDC, M.D. FL, Tampa |
| JACK SPRINGSTEAD, | ) |     Case No. 94-65-CR-T-24(E) |
| RICHARD A. LAZZARA, | ) |     Case No. 93-1079-CIV-T-15/25C |
| TERRY E. HEATH, | ) |     Case No. 93-3550/93-3959 (BK Orl) |
| BRADLEY E. KING, | ) |         State of Florida Courts |
| JOHN MICHAEL BROWN, | ) |     Case No. 93-503-CFA 5th Cir. |
| CHARLES STUTTS, | ) |     Case No. 93-4405/93-4569 13th Cir. |
| GREGORY LITTLE, | ) |         Administrative Courts |
| ERNEST F. PELUSO, | ) | US Treasury, Internal Revenue Service, |
| and FRANK DeROSA, | ) | Dept. of Justice, Federal Bureau of Prisons |
| and | ) | |
| HENRY PAULSON, | ) | |
| | ) | |
| Respondents. | ) | |

COMES NOW THE ABOVE ENTITLED SUPERIOR COURT OF RECORD, (hereinafter Court) proceeding according to the common law and having unlimited, general and final jurisdiction, to put an end to inquiry concerning the fact of jurisdiction by deciding it.

> "The judgment of a court of record whose jurisdiction is final
> is as conclusive on all the world as the judgment of this court
> (US Supreme Court) would be. It is as conclusive on this court
> (US Supreme Court) as it is on other courts (US District Court).
> It puts an end to inquiry concerning the fact, by deciding it."
> [Ex Parte Watkins, 3 Pet. at 202-203, cited by Schneckloth v.
> Bustamonte, 412 U.S. 255 (1973)] (parenthesis added).

WRIT OR ERROR CORAM NON JUDICE                                Page 1 of 2

Petitioner's Motion for Writ of Error Coram Non Judice came on for hearing before this Court. The Court has summarily reviewed the law, facts, record, and process, and herewith rules according to law:

The Court takes Judicial Cognizance of the following facts on the record.

1. The Ninth Circuit Court of Appeals has entered a Writ of Mandamus to the United States District Court mandating its officials assigned to and appointed by the Court of Record perform their ministerial non-discretionary duties to the Court of Record. There being no objections noted, the Mandate is effective March 7, 2008.

2. Judge Martin J. Jenkins filed on February 15, 2008, Order Denying Motion For Release. This order was not within his ministerial non-discretionary duties to the Court of record as mandated by the Ninth Circuit Court of Appeals to the US District Court.

The Court finds the Order Denying Motion For Release is a void judgment.

The Court rules in favor of the Petitioner and grants Writ of Error Coram Non Judice. The Court invites Respondents opportunity to show cause on the record on or before March 15, 2008, otherwise this order is final and conclusive on all the parties and court officials including joindered Respondent the Hon. Henry Paulson. Henseforth all orders of this Court shall be regarded in the nature of a mandate. The Order Denying Motion for Release is hereby rescinded in its entirety.

The Clerk shall file this Writ of Error Coram Non Judice and serve a copy to each of the Respondents, and execute all documents and process related thereto.

IT IS SO ORDERED.

WITNESS: The SEAL of the COURT this 5th day of March, 2008.

THE COURT

By: Janice Weeks-Katona
Attornatus Privatus

March 4, 2008

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Richard W. Wieking
Clerk of the US District Court
450 Golden Gate Avenue
Post Office Box 36060
San Francisco CA 94102-9680

Re: File on Demand: WRIT OF ERROR CORAM NON JUDICE, ORDER TO SHOW CAUSE

Dear Clerk

Please file on demand the enclosed original of the above described document.

A caption page is also enclosed. Please stamp 'filed' the caption page and return to me in the enclosed self-addressed postage-paid envelope.

The Clerk should serve respondents a copy of the document by E-Filing.

Respectfully,

Janice Weeks-Katona