Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Attornatus Privatus



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco

| | | |
|---|---|---|
| Janice Weeks-Katona, | ) | CASE NO. C-07-3053 |
| | ) | Constitutional common law habeas corpus |
| Petitioner, | ) | of right (28 USC § 2243) |
| | ) | |
| v. | ) | ORDER FOR CONDITIONAL RELEASE ON PERSONAL |
| | ) | RECOGNIZANCE WITH UNSECURED APPEARANCE BOND |
| SCHELIA A. CLARK, | ) | FOR PETITIONER JANICE WEEKS-KATONA |
| SUSAN C. BUCKLEW, | ) | [Per 18 USC § 3142(b)(c)(B)(x)(3)] |
| STEVEN D. MERRYDAY, | ) | |
| KAREN S. JENNEMANN, | ) | In Re:  USDC, M.D. FL, Tampa |
| JACK SPRINGSTEAD, | ) | Case No. 94-65-CR-T-24(E) |
| RICHARD A. LAZZARA, | ) | Case No. 93-1079-CIV-T-15C/25C |
| TERRY E. HEATH, | ) | Case No. 93-3550/93-3959 (Bk Orl) |
| BRADLEY E. KING, | ) | State of Florida |
| JOHN MICHAEL BROWN, | ) | Case No. 93-503-CFA (5th Cir.) |
| CHARLES STUTTS, | ) | Case No. 93-4405/93-4569 (13th Cir.) |
| GREGORY LITTLE, | ) | Other Administrative Courts |
| ERNEST F. PELUSO, | ) | US Treasury/Internal Revenue Service |
| FRANK DeROSA, | ) | DOJ/Bureau of Prisons |
| HENRY PAULSON, | ) | |
| | ) | |
| Respondents. | ) | |

1.  COMES NOW THE ABOVE ENTITLED SUPERIOR COURT OF RECORD, hereinafter Court, proceeding according to the common law and having unlimited, general and final jurisdiction, to put an end to inquiry concerning the fact of jurisdiction by deciding it. [Ex Parte Watkins, 3 Pet. at 202-203, cited by Schneckloth v. Bustamonte, 412 U.S. 255 (1973)]

2. Petitioner's motion for conditional release on personal recognizance or unsecured appearance bond came before this Court at hearing on January 28, 2008, at the time and place scheduled. All Respondents were timely served except joined Respondent, Hon. Henry Paulson, Secretary of the Treasury, Real Party in Interest. Respondents were not present, did not object to proceedings, did not request extra time. Clerk has since served Respondent Henry Paulson. All Respondents shall have ten days from date of this Order to show cause why Petitioner should not be released in accordance with this Order.

ORDER FOR CONDITIONAL RELEASE JWK                                Page 1 of 3

3. This Court summarily reviews the law, facts, record, and process, and herewith rules according to law:

4. It appearing that Petitioner is entitled to release on bond, this Court herewith grants Petitioner's Motion for Conditional Release on Personal Recognizance or Unsecured Appearance Bond pursuant to Title 18 USC § 3142(b)(c)(B)(x)(3).

5. The Judge assigned to perform ministerial non-discretionary duties to this Court shall execute the previously ordered Bench Warrant as witness to this Order, and perform such other functions as are customary for this process.

6. The Clerk assigned to perform ministerial non-discretionary duties to this Court shall cause the US Marshal's Service to execute the Bench Warrant on record.

7. As specified in the Bench Warrant, Petitioner shall be removed from Federal Correctional Institution Dublin, 5701 Eighth Street, Camp Parks, Dublin, California, or wherever she may be found, and escorted without restraints to the Office of the Clerk of the Court on the Sixteenth Floor of the Federal Building at 450 Golden Gate Avenue, San Francisco, California.

8. The Clerk shall prepare fourteen (14) Appearance Bonds, each in the amount of one million dollars ($1,000,000), in accordance with custom and practice of the local rules of the US District Court as provided by law. There should be one bond designated for each of the fourteen (14) Respondents made by Petitioner.

9. Each bond shall represent the amount in controversy for the settlement of the question of whether each separate Respondent has jurisdiction over the Petitioner, her son, and her owned or controled property. The amount in controversy is one million dollars ($1,000,000) per respondent.

10. The Appearance Bonds shall conform to the same terms and conditions as a bond ordered by US District Judge Jenson, Oakland, CA, in US v. Renee Myers (2005) in which Myers signed an Appearance Bond in this manner: The party in whose favor the Court rules collects the bond, and the party ruled against forfeits the bond. The disposition date of the bond shall be set by the Court at time of ruling as to whether jurisdiction exercised by each one of the fourteen respondents individually and separately was valid.

11. Upon appearance of Petitioner in Office of the Clerk of the Court, Petitioner shall execute fourteen (14) bonds for one million US dollars each ($1,000,000) for a total of fourteen million dollars ($14,000,000).

12. The Clerk shall specify the following conditions are imposed on each bond:

    a. Under no circumstances shall anyone take DNA samples from Petitioner.

    b. Respondent Clark, IRS qualified contracted tax collector (agent), and/or (principal) Respondent Henry Paulson, Secretary of the Treasury shall arrange as specified by Petitioner through Taxpayer Advocate Service to provide ground and air transport of Petitioner from Office of the Clerk of Court to the Mayo Clinic in Jacksonville, Florida, and pay all expenses incurred.

12. c. The Court herewith sets a definite fixed release date of March 15, 2008, in order for Petitioner to timely manage personal matters.

   d. The Petitioner is an Indian of North America including Canada, America, and Mexico. The jurisdiction of this Court is general and unlimited. The Petitioner shall not travel beyond the bounds of Canada, America, and Mexico, within the first six months of release unless ordered by this Court. Petitioner shall appear before this Court from time to time.

13. This Court heard Petitioner's motion for substitution of Appearance Bond for original bail bond posted in 1993 for case No. 93-503-CFA. The motion is not ripe for adjudication and is denied without prejudice.

The Clerk shall forthwith file on demand this Order for Conditional Release on Personal Recognizance with Unsecured Appearance Bond for Petitioner Janice Weeks-Katona, and serve same upon all Respondents. The Clerk shall take care to prepare and execute or process all documents related thereto.

IT IS SO ORDERED.

WITNESS: The SEAL of the COURT this 5th day of March, 2008.

   THE COURT

   By: Janice Weeks-Katona
   Attornatus Privatus



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco

| | | |
|---|---|---|
| Janice Weeks-Katona, | ) | CASE NO. C-07-3053 [28 USC § 2243] |
| | ) | Constitutional common law habeas corpus) |
| Petitioner, | ) | |
| | ) | PERSONAL RECOGNIZANCE BOND WITHOUT SURETY |
| v. | ) | |
| | ) | In Re: USDC, M.D. FL, Tampa |
| SCHELIA A. CLARK, ERNEST F. PELUSO, | ) | Case No. 94-65-CR-T-24(E) |
| SUSAN C. BUCKLEW, GREGORY LITTLE, | ) | Case No. 93-1079-CIV-T-15C/25C |
| STEVEN D. MERRYDAY, CHARLES STUTTS, | ) | Case No. 93-3550/93-3959 (BK Orl) |
| KAREN S. JENNEMANN, BRADLEY E. KING, | ) | State of Florida |
| JACK SPRINGSTEAD, JOHN MICHAEL BROWN, | ) | Case No. 93-503-CFA (5th Cir. Brooksville) |
| RICHARD A. LAZZARA, FRANK DeROSA and | ) | Case No. 93-4405/93-4569 (13th Cir. Tampa) |
| TERRY E. HEATH, | ) | Other Administrative Courts |
| | ) | US Treasury/Internal Revenue Service |
| Respondents. | ) | DOJ/Bureau of Prisons |
| | ) | |

   I, Janice Weeks-Katona, the undersigned, acknowledge that I am bound to pay the United States of America the sum of One Million Dollars, ($1,000,000), in the event the Court of Record rules against me in favor of Respondent _____
And that the United States of America shall pay the sum of One Million Dollars ($1,000,000) to me in the event the Court of Record rules in my favor against said Respondent.  Judge D. Lowell Jenson set precedence in US v. Myers (2005) USDC,N.D. CA, Oakland.  This bond replaces any other bond set for me on record of any in re case captioned above. The conditions of this bond are:

(1) that I am to appear in the United States District Court for the Northern District of California at San Francisco, and at such other places as I may be required to appear in accordance with any and all orders and directions relating to my appearance in the above-entitled matter as may be given or issued by the United States District Court for the Northern District of California at San Francisco, executing orders of the superior, Court of Record, proceeding according to the common law.

(2)  that I shall not be removed or the cause shall not be transferred to any other United States District Court unless so ordered by the Court of Record having exclusive jurisdiction over this case.

(3) that I am not to depart the jurisdiction of the Court of Record which is exclusive unlimited, general, and final, and I shall obtain permission from the Court of Record to travel for good cause.

(4) that I am to abide by any judgment of the Court of Record entered in such matter by surrendering myself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the Court of Record imposing it may prescribe.

(5) If I appear as ordered and otherwise obey and perform the foregoing conditions of this bond, and the Court of Record rules in my favor against said Respondent, for lack of jurisdiction, then United States of America forfeits this bond to me and payment of the amount of this bond shall be due forthwith.

(6) If I fail to obey or perform or breach any of these conditions without good cause, or the Court of Record rules in favor of said Respondent, against me as having said jurisdiciton, then I forfeit the bond to the United States of America.

(7) If the bond is forfeited by either me or said Respondent, and if the forfeiture is not set aside or remitted, judgment may be entered upon motion by prevailing party in said United States District Court for Court of Record against the losing party for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and the common law as declared in this case.

It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such time as the undersigned is duly exonerated for lack of jurisdiction as to said Respondent on or before expiration of bond on July 31, 2007 when Respondent automatically forfeits bond to me for default.

This bond is signed on the ____ day of _____, __2008__ ,

at _____.


_____
Janice Weeks-Katona, Petitioner

SIGNED AND ACKNOWLEDGED BEFORE ME THIS ____ day of _____, __2008____.


_____
Clerk: