Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Petitioner, Counsel of record



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco

| | |
|---|---|
| JANICE WEEKS-KATONA,<br><br>        Petitioner,<br><br>    v.<br><br>SCHELIA A. CLARK,<br>SUSAN C. BUCKLEW,<br>STEVEN D. MERRYDAY,<br>KAREN S. JENNEMANN,<br>JACK SPRINGSTEAD,<br>RICHARD A. LAZZARA,<br>TERRY E. HEATH,<br>BRADLEY E. KING,<br>JOHN MICHAEL BROWN,<br>CHARLES STUTTS,<br>GREGORY LITTLE,<br>ERNEST F. PELUSO,<br>FRANK DeROSA,<br>HENRY PAULSON,<br><br>        Respondents. | Case No. C-07-3053 MJJ (PR)<br>Constitutional Habeas Corpus of Right under common law<br><br>NOTICE OF WITHDRAWAL OF REQUEST FOR CERTIFICATE OF APPEALABILITY (Ex. A) of D.C. No. CV-07-3053 MJJ in Northern District of California and Motion to Dismiss No. 07-17280 in US Court of Appeals for Ninth Cir.<br>and<br>DEMAND CLERK ISSUES WRITS OF EXECUTION OF JUDGMENT: (1)DEFAULT JUDGMENT AGAINST RESPONDENT SCHELIA A. CLARK, IN FAVOR OF PETITIONER JANICE WEEKS-KATONA;(2) BENCH WARRANT; (3) CONDITIONAL RELEASE ON PERSONAL RECOGNIZANCE WITH UNSECURED APPEARANCE BOND FOR JANICE WEEKS-KATONA<br>and<br>REQUEST FOR JUDICIAL ENDORSEMENT ON THIS NOTICE AND DEMAND (FRCvP Rule 54) |

    COMES NOW Petitioner, Janice Weeks-Katona, counsel of record, and tenders Notice of Withdrawal of Request for Certificate of Appealability of United States District Court Case No. CV-07-3053 in Northern District of California at San Francisco. See Exhibit "A". This case may now proceed without further delay.

    Therefore, Petitioner demands Clerk issue Writs of Execution of Judgment: (1) Default Judgment against Respondent Schelia A. Clark, in favor of Petitioner Janice Weeks-Katona, (2) Bench Warrant, (3) Conditional Release on personal recognizance with unsecured appearance bond for Janice Weeks-Katona. And such other Orders granted to Petitioner by this superior court of record proceeding according to common law.

JWK: NOTICE AND DEMAND                                                         Page 1 of 2

Petitioner requests judicial endorsement on this Norice and Demand for Clerk to issue Writs of Execution of Judgments of this Court of Record.

Dated: April 8, 2008                                Respectfully submitted,

                                                    Janice Weeks-Katona LS486078
                                                    Petitioner, Counsel of record

### ENDORSEMENT

The Court hereby endorses this document.  The Clerk of the Court shall forthwith issue the aforesaid Writs of Execution of Judgment and perform all related ministerial non-discretionary duties to this court of record as needed for execution of said orders.

IT IS SO ORDERED.

WITNESS: the SEAL of the COURT this 8th day of April, 2008.

THE COURT

By: Janice Weeks-Katona
Attornatus Privatus

EXHIBIT "A"

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Pro Se Petitioner

**FILED**

APR 03 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
San Francisco

| | |
|---|---|
| JANICE WEEKS-KATONA, ) | No. 07-17280 |
| ) | [Certificate of Appealability] |
| Petitioner, ) | |
| ) | NOTICE OF WITHDRAWAL OF REQUEST |
| v. ) | FOR CERTIFICATE OF APPEALABILITY |
| ) | of D.C. No CV-07-3053 MJJ |
| SCHELIA A. CLARK et al ) | Northern District of California |
| ) | |
| Respondents. ) | MOTION TO DISMISS WITHOUT PREJUDICE |
| ) | FOR GOOD CAUSE SHOWN |
| ) | |

   COMES NOW, pro se Petitioner, Janice Weeks-Katona, and tenders Notice of Withdrawal of Request for Certificate of Appealability of United States District Court Case No. CV-07-3053 in Northern District of California at San Francisco; and moves this Court to dismiss case no. 07-17283 without prejudice for good cause shown.

   1. The Petition was fatally flawed from the beginning. It began life as an original constitutional common law habeas corpus to be filed in this court pursuant to an application for leave to proceed in forma pauperis. The petition was immediately derailed and re-characterized as an 'appeal from district court'. This error has deprived Petitioner of her First Amendment Grievance Rights to file directly into this Court an Article I § 9 Writ of Habeas Corpus which right shall not be suspended, in accordance with US Constitution founded on Magna Carta.

   2. Court officials in USDC and USCA, and Respondents, and known and unknown others including Valerie Stewart, Senior Counsel of Bureau of Prisons Western

Regional Office at Dublin, California, and inmates Arlene Diamond, Kester Alvarado, and Leslie Washington et al, are IRS qualified contracted tax collectors a/k/a 'private tax collectors', and inmate subcontractors Arlene Diamond, Leslie Washington, and Kester Alvarado et al as described in Title 26 USCS § 6306(b).

3. At all times material, above-referenced private tax collectors have imposed restraints and distraints upon Petitioner Janice Weeks-Katona for the purpose of collecting more than $3,311,000 tax deficiencies. In May 2007, Secretary of Treasury conceded state and federal government, including private tax collectors, do not have authority or jurisdiction to collect any tax from Janice Weeks-Katona pursuant to Title 26 USCS § 7806 and supporting case law, invalid Certificate of Assessment, and unpublished Delegation of Authority. Nevertheless, Petitioner continues to be unlawfully sequestered as secured collateral for labor to make monthly payments per Financial Responsibility Contract deemed invalid for force and fraud. Time-payments are further secured by bond for 292 months issued by Bureau of Prisons et al without full disclosure. Petitioner is being held in debtor's prison and is being extorted by private debt collectors. Valerie Stewart, having State of California Bar No. 85654, did not make court appearance on behalf of any of Respondents or herself, and perpetrated tortious interference in this matter to perpetuate fraudulent debt collection practices.

4. Court officials, respondents, Valerie Stewart etal, have conspired to injure, oppress, threaten, and intimidate Janice Weeks-Katona, in the free exercise or enjoyment of any and all rights or privileges secured to her by the Constitution or laws of the United States, or because of her having so exercised the same, and with intent to prevent or hinder her free exercise or enjoyment of any and all rights or privileges so secured per Title 18 USCS § 241; and have under color of any and all relevant laws, statue, ordinance, regulation, or custom, willfully subjected Janice Weeks-Katona to the deprivation of all rights, privileges, and immunities

secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of Janice Weeks-Katona being an alien ami, and by reason of her color, race, than are prescribed for the punishment of citizens; and has bodily injured Janice Weeks-Katona; prophbited by Title 18 USCS § 242. Aforesaid conspirators have on several occasions attempted to take the life and property of Janice Weeks-Katona, an internationally protected person, an Article I § 2 ¶3 Indian not taxed, as prohibited by Title 18 USCS § 1116. All known and unknown conspirators are links in a chain conspiracy.

   5. This Court being infirm and unable or unwilling to correct the error of re-characterization of the subject matter and misjoinder of party Janice Weeks-Katona to a case for the purpose of invoking a jurisdiction not had or given, does not have jurisdiction in this matter or the parties.

   THEREFORE, for good cause shown, Petitioner prays this Court will dismiss the case without prejudice, and refer the matter to the lower court from whence it was erroneously extracted and wrongfully cast as an appeal. Tax matters and other unlawful acts complained of herein have been referred to the proper authorities for settlement of claims: National Taxpayer Advocate, Treasury Inspector General for Tax Administration, and the US Army Provost Marshal General.

Executed March 28, 2008                          Respectfully submitted,

                                                 Janice Weeks-Katona
                                                 Pro Se Petitioner

CERTIFICATE OF SERVICE

I, Janice Weeks-Katona, certify under penalty of perjury that on March 28, 2008, I deposited into the institution legal mail receptacle a true and correct copy of NOTICE OF WITHDRAWAL OF REQUEST FOR CERTIFICATE OF APPEALABILITY, and MOTION TO DISMISS WITHOUT PREJUDICE FOR GOOD CAUSE SHOWN addressed to the persons named below, an original to clerk to be filed on demand, with sufficient first-class postage affixed, pursuant to <u>Houston v. Lack</u> deemed served/filed at time of said deposit.

SCHELIA A. CLARK, Warden
Bureau of Prisons FCI Dublin
c/o Western Regional Office
Director, Robert McFadden
7950 Dublin Blvd, 3rd Floor
Dublin, CA 94568

RICHARD W. WIEKING
Clerk of the US District Court
450 Golden Gate Avenue
Post Office Box 36060
San Francisco CA 94102-9680

Executed March 28, 2008

Respectfully submitted,

Janice Weeks-Katona LS 486078
Pro Se Petitioner
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin California 94568

CERTIFICATE OF SERVICE

I, Janice Weeks-Katona, certify under penalty of perjury that on April 8, 2008, I deposited into the institution legal mail receptacle a true and correct copy of NOTICE OF WITHDRAWAL OF REQUEST FOR CERTIFICATE OF APPEALABILITY; DEMAND CLERK ISSUES WRITS OF EXECUTION OF JUDGMENT:(1) DEFAULT JUDGMENT AGAINST RESPONDENT SCHELIA A. CLARK, (2) BENCH WARRANT, (3) CONDITIONAL RELEASE ON PERSONAL RECOGNIZANCE WITH UNSECURED APPEARANCE BOND FOR JANICE WEEKS-KATONA, and REQUEST FOR JUDICIAL ENDORSEMENT ON THIS NOTICE AND DEMAND (FrCvP Rule 54); addressed to the persons named below with sufficient first-class postage affixed, pursuant to Houston v. Lack deemed served/filed at time of said mailing. To further insure prompt delivery, the Clerk is requested to also serve each person by E-Filing as per Petitioner's in forma pauperis status.

SCHELIA A. CLARK, Warden
Bureau of Prisons FCI Dublin
c/o Western Regional Office
Director, Robert McFadden
7950 Dublin Blvd. 3rd Floor
Dublin, CA 94568

SUSAN C. BUCKLEW, US District Judge
Sam Gibbons Courthouse
801 N. Florida Ave. Ste. 218
Tampa FL 33602-3800

STEVEN D. MERRYDAY, US District Judge
Sam Gibbons Courthouse
801 N. Florida Ave. Ste. 218
Tampa FL 33602-3800

KAREN S. JENNEMANN, US District Judge
US Bankruptcy Court
135 W. Central Blvd. Ste. 950
Orlando FL 32801

JACK SPRINGSTEAD, Circuit Judge
State of Florida, Fifth Circuit
Hernando County Courthouse
20 N. Main Street, Room 136
Brooksville FL 34601-2800

RICHARD A. LAZZARA, Circuit Judge
State of Florida Thirteenth Circuit
Hillsborough County Courthouse
Post Office Box 989
Tampa, FL 33601-0989

FRANK DeROSA, IRS-CID Special Agent
US Treasury/Internal Revenue Service
3848 W. Columbia Drive
Tampa, FL 33607

Executed April 8, 2008

TERRY E. HEATH, US Probation Officer
Florida Middle Federal Public Defender
2700 Park Tower Building
400 North Tampa Street
Tampa FL 33602

ERNEST F. PELUSO, Asst. US Attorney
US Attorney's Office
400 N. Tampa Street, Ste. 3200
Tampa FL 33602

GREGORY LITTLE, Counsel for SEC
Securities & Exchange Commission
  Regional Office
801 Brickell Avenue, Ste. 1800
Miami FL 33131-3503

CHARLES STUTTS, SEC Receiver of PBCT
c/o Holland & Knight Law Office
P.O. Box 837
Tampa FL 33601

BRADLEY E. KING, Asst. State Attorney
Florida State Attorney's Office
Hernando County Courthouse, Room 400
20 N. Main Street
Brooksville FL 34601

JOHN MICHAEL BROWN, Agent
Florida Secretary of Treasury
Dept. Banking & Finance, Securities Div.
The Capitol
Tallahassee FL 32390-0350

HENRY PAULSON, Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington D.C. 20220

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin CA 94568