June 30, 2008

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Attornatus Privatus

Richard W. Wieking
Clerk of the Court
US District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco CA 94102-9680

**RECEIVED**
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Case No. C-07-3053 (MJJ) WEEKS-KATONA v. CLARK ET AL

Dear Clerk,

Enclosed is original ~~and one copy~~ of document, WRIT OF EXECUTION of DEFAULT JUDGMENT. The Clerk shall file the document and serve a copy on the named Respondents in the case.

An extra copy is enclosed. Please stamp "date filed" on the copy and return to me in the enclosed self-addressed postage-paid envelope.

Sincerely,

Janice Weeks-Katona
Attornatus Privatus

```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                             San Francisco

                    CIVIL ACTION, File No. C-07-3053      MJJ
```

| | |
|---|---|
| Janice Weeks-Katona,<br>    Petitioner,<br>  v.<br><br>Schelia A. Clark    Susan C. Bucklew<br>Steven D. Merryday  Karen S. Jennemann<br>Ernest F. Peluso   Jack Springstead<br>Terry E. Heath     Richard A. Lazzara<br>Charles Stutts     Bradley E. King<br>Gregory Little     John Michael Brown<br>Frank DeRosa       Henry M. Paulson<br>        Respondents. | WRIT OF EXECUTION<br>of<br>DEFAULT JUDGMENT<br>and<br>BENCH WARRANT<br>and<br>APPEARANCE BOND |

    This habeas corpus petition came on for hearing before the tribunal of the superior court of record proceeding according to the common law, having final jurisdiction, and the issues have been duly heard and a decision has been duly rendered, which is conclusive on all courts.

    It is Ordered and Adjudged:

    That the Respondent, Warden Schelia A. Clark and her successor Warden Paul Copenhaver of DOJ/BOP/FCI Dublin are in Default on Writ of Habeas Corpus, and they shall release the Petitioner Janice Weeks-Katona and her property from their custody and immediately deliver her with her property to the Office of the Clerk of the Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, California, to execute Appearance Bonds.

WITNESS: the Seal of the Court this 30th day of June, 2008.

    THE COURT

    _____
    Janice Weeks-Katona
    Attornatus Privatus



CERTIFICATE OF SERVICE

I, Janice Weeks-Katona, declare under penalty of perjury that a true and correct copy of the WRIT OF EXECUTION OF DEFAULT JUDGMENT AND BENCH WARRANT AND APPEARANCE BOND was served on Respondents Schelia A. Clark and Paul Copenhaver at the address shown below by depositing the document in the institution mail receptacle provided on June 30, 2008, with sufficient first class postage affixed.

Schelia A. Clark and
Paul Copenhaver
Warden FCI Dublin
5701 8th St., Camp Parks
Dublin, California 94568


Executed this 30th day of June

Janice Weeks-Katona