August 24, 2008

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Petitioner representing herself

Hon. Martin J. Jenkins, Judge
United States District Court
450 Golden Gate Avenue                REQUEST FOR PROOF OF CLAIM
Post Office Box 36060                          and
San Francisco, CA 94102-9680          BAR MEMBERSHIP NUMBERS

Re: Case No. C-07-3053 (MJJ) (PR) a constitutional habeas corpus per § 2243,
    WEEKS-KATONA v. CLARK and Successor PAUL COPENHAVER, BUCKLEW, MERRYDAY,
    JENNEMANN, SPRINGSTEAD, LAZZARA, HEATH, PELUSO, LITTLE, STUTTS, KING,
    BROWN, and DeROSA, and joindered Treasury Secretary Henry M. PAULSON, Jr.
    before the tribunal of a superior court of record proceeding according to
    the common law, whose jurisdiction is final and decisions are conclusive
    on all courts in the world [1]. See attached caption page and respondent list.

Dear Judge Jenkins,

1. This request is regarding Findings, Decisions, Orders, and Judgments signed
by Judge Martin J. Jenkins and deputies of Clerk of the Court Richard W. Wieking
herein construed as judicial claims.

2. Judge Martin and Clerk Wieking acted in their own self-interest and in the
interest of Respondents, and known and unknown intelopers including DOJ/Bureau
of Prisons Central Office Senior Counsel James C. Wills and Western Region Senior
Counsel Valerie Stewart, FCI Dublin staff, as well as U.S. attorneys and assistant
U.S. attorneys for Northern District of California and Middle District of Florida,
hereinafter collectively referenced as "Judicial Claimants".

3. In the course of Judge Jenkins and Clerk Wieking's usurpation of authority
from the tribunal of a court of record, they recharacterized case no. C-07-3053
from a 3-day common law habeas corpus per 28 USC § 2243, to a 28 USC §§ 2241 and/
or 2254 civil action, which re-characterization is prohibited by Castro v. US [2].
Then they misjoined Petitioner to a re-characterized civil case and invoked their
own jurisdiction not had or given and deprived Petitioner of habeas corpus remedy
according to common law as provided by Savings to Suitors Clause in underlying tax-
prize cases shown on caption page, which is prohibited by 28 USC § 1359.

4. The presiding court of record issued Writs of Error Coram Non Judice to nullify
Judge Jenkins' Orders/Claims. However, Judge Jenkins and Clerk Wieking ignored the
Writs and proceeded in the re-characterized civil case. Judge Jenkins and Clerk
Wieking abandoned their assigned ministerial non-discretionary duties to the court
of record and refused to perform tasks to witness, execute, record and otherwise
process the lawful decisions of the court of record giving credence to their claims.

5. Requestor WEEKS-KATONA hereby requests the voucher that proves Judge Jenkins'
Findings which resulted in his over-riding Orders.

6. Requestor WEEKS-KATONA also requests the bar membership numbers of Judge Jenkins,
bar licensed Respondents, counselors Wills and Stewart, US attorneys and Assistant
US attorneys perpetrating said claims.

1. Castro v. United States (2003) 540 US 375, 157 L Ed 2d 778, 124 S Ct 786
2. Ex parte Watkins, 3 Pet. at 202-203, cited by Schneckloth v. Bustamonte,
   412 US 218, 255 (1973), 36 L Ed 2d 854, 93 S Ct 2041.

7. Requestor WEEKS-KATONA requests the names and bar numbers of the attorneys representing Respondents, and bar licensed Respondents, and inteloper attorneys, to prosecute their respective claims against Petitioner in a manner prohibited by Title 18 USC §§ 241, 242 and 401.

8. Requestor WEEKS-KATONA requests a determination as to whether Judge Jenkins and Clerk Wieking acting in concert with bar members, Respondents, and intelopers have valid delegation of authority to levy subject persons and property in a legal process such as C-07-3053 and underlying captioned cases in order to allege an assessment(s). The subject persons and property are exempt from levy, nunc pro tunc.

9. If Judge Jenkins and Clerk Wieking and other Judicial Claimants refuse or are unable to prove (by voucher) the assessed claim in fact and original claims in fact as shown on caption page, by themselves or others, which Judge Jenkins references in his Findings, Decisions, Orders, and Judgments, either in their official capacity or ex-officio capacity, then Judge Jenkins and Clerk Wieking admit to operating an insolvent court, which is illegal by any standard and evidence of extortion being committed against JANICE WEEKS-KATONA, injured and aggrieved party in this matter.

10. The refusal of Judge Jenkins and Clerk Wieking and counsel for Respondents, Respondents, and Intelopers identified in respective insolvent orders is a confession to having invested the money elsewhere for unauthorized purposes and is thereby a criminal enterprise.

11. Judge Jenkins and Clerk Wieking have relied upon Respondents et al who resorted to using a burdensome volume of papers in underlying cases, repeating redundant and irrelevant cases to disguise their absence of an assessment which was assumed to obtain their unlawful claims and in turn obtain another unlawful claim in C-07-3053. They denied WEEKS-KATONA a remedy by dismissing the case which Finding and Order requires proof of claim, voucher. WEEKS-KATONA filed complaints elsewhere.

12. The court of record properly defaulted Respondent Clark and issued Writ of Execution of Default Judgment and Bench Warrant and Appearance Bonds. Petitioner requested Clerk Wieking to assist with posting of bond (voucher) to bind the case. DOJ/BOP/FCI Dublin Intelopers intercepted her communications and imposed distraints which delayed her posting bond(s), vouchers as proof of her claim.

13. A valid proof of claim is a check, cash or cash equivalent, or voucher covering the amount of damages alleged in the controversy as a matter of fact. The alleged damages were stated in the underlying captioned cases, the subject matter of habeas corpus C-07-3053, which Judicial Claimants continue to prosecute said assessments.

14. Local and state Bar Association members who fail to give the courts the Certificate of Origin (voucher) for the judge(s) to make legal determination to prove subject matter by the voucher as a matter of fact, not to be assumed, are perpetrating a fraud upon the courts.

15. Assuming the assessment is the practice of law in the local community without a license. Charging a claim by codifying it with the assumed (non-existent assessment) is a felony. Failing to report the felony is subornation of a felony. The felony is a dishonor used to levy against WEEKS-KATONA and targeted property. The felony is an effort to create a disguise for the members, identified by Judge Jenkins in his Findings, Decisions, Orders, and Judgments, enabling Judicial Claimants to enter the local community under color of law to conduct a racketeering and criminal enterprise to loot, plunder, and terrorize the local citizens and people.

16. Requestor WEEKS-KATONA has previously requested Judge Jenkins recuse himself for reason of 'conduct prejudicial to the effective and expeditious administration of the business of the courts', but he has declined to do so. As a result the 3-day habeas has entered its second year without relief from invalid assessments, and is currently languishing in Ninth Circuit where it was re-characterized as a state appeal and relegated to oblivion.

17. Requestor intends to bring disciplinary Bar action against Judicial Claimant attorneys who are members of the several Bar Associations in California and Florida.

18. Requestor has initiated Treasury investigation against Respondent No. 13, Frank DeRosa IRS-CID Special Agent, for invalid assessment, invalid delegation of authority, and failure to produce proof of claim in the underlying captioned cases he orchestrated. Said invalid assessment/authority resulted in false imprisonment of Petitioner er al. Respondent DeRosa's collusion with Respondent Clark/Copenhaver and BOP Intelopers and Judge Jenkins, Clerk Wieking, has deprived WEEKS-KATONA of her constitutional rights to access the court for remedy. In fact Intelopers stole the gold embossed seals of the court of record from US mail.

19. Requestor has initiated an investigation of this matter by US Senator Dianne Feinstein. As a member of the Senate Judiciary Committee, Senator Feinstein has oversight authority to hold heads of agencies accountable for not resolving this matter in a timely fashion, rather than undermining public confidence in the tax administration system. The matter includes $40 million in tax revenue extorted from me that is unreported by the Taxpayer Advocate Service of Oakland. Funds were handled by BOP Intervenors and US attorneys in California and Florida. However, the Administrative Office of the United States Courts permits this case to languish. This dereliction of duty is an affront to 300 PBCT contractors, their heirs and assigns who are taxpayers, voters, and good citizens living in every state of the union. Meanwhile, Treasury Secretary Paulson who is fiduciary for WEEKS-KATONA would like to settle this matter as quickly and privately as possible.

20. Requestor has acted for herself as Petitioner in the habeas case C-07-3053, and in her sovereign capacity as an internationally protected person having a court of record; as an Article I §2 ¶3 "Indian not taxed" per Treaties of 1778, 1863, and 1945 Registration of Indians of North America LS486078; and as an alien ami to the United States as well as one of the People as contemplated in the Preamble of the US Constitution of 1791. Requestor acts as a regnant in her own right and for her family, household, retinue, and contractors; and for her property and property under her control, including PBCT, Premier Benefit Capital Trust.

21. Requestor is a UCC Secured Party/Creditor and Contractor having superior security interest, perfected priority claim, pre-paid HJR-192 account, holder in due course, exempt from levy nunc pro tunc. Requestor is cestui que trust per void judgment filed in constructive trust cases shown on caption page. Requestor will have the voucher now.

CC: Administrative Office of the United States Courts          Sincerely,
  ✓ US Court of Appeals for Ninth Circuit
    National Taxpayer Advocate/Taxpayer Advocate Service
    Treasury Inspector General for Tax Administration
    U.S. Senator Dianne Feinstein, Judiciary Committee          JANICE WEEKS-KATONA
    PBCT Commission for 300 Contractors                          ens legis for
                                                                 Janice Weeks-Katona

JWK: Jenkins-Request Proof of Claim, Bar numbers 8/14/08                    Page 3 of 3



Janice Weeks-Katona LS 486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Private Attorney

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco

C 07 3053

| | |
|---|---|
| Janice Weeks-Katona, | ) CASE NO. _____ |
| | ) |
| Petitioner, | ) VERIFIED PETITION FOR |
| | ) WRIT OF HABEAS CORPUS |
| v. | ) BY A PEOPLE IN FEDERAL AND |
| | ) STATE CONSTRUCTIVE CUSTODY  **MJJ** |
| SCHELIA A. CLARK, | ) (NOT SENTENCED TO DEATH) |
| SUSAN C. BUCKLEW, | ) |
| STEVEN D. MERRYDAY, | ) Re:  Supplementary & Collateral Cases (PR) |
| KAREN S. JENNEMANN, | )      USDC, M.D. FL, Tampa, |
| JACK SPRINGSTEAD, | )        Case No. 94-65-CR-T-24(E) |
| RICHARD A. LAZZARA, | )        Case No. 93-1079-CIV-T-15C/25C |
| TERRY E. HEATH, | )        Case No. 93-3550/93-3959 (BK Orl) |
| ERNEST F. PELUSO, | )        State of Florida: |
| GREGORY LITTLE, | )     5th Cir. Case No. 93-503-CFA |
| CHARLES STUTTS, | )    13th Cir. Case No. 93-4405/93-4569 |
| BRADLEY E. KING, | )        IRS and BOP Assessments |
| JOHN MICHAEL BROWN, and, | ) |
| FRANK DeROSA, | ) Magistrate: _____ |
| | )      Date: _____ |
| | )      Time: _____ |
| Respondents. | )      Dept: _____ |
| | ) |

1.  COMES NOW Janice Weeks-Katona, a People of the United States, and petitions

the above-entitled Court of record for a writ of habeas corpus to inquire into

the cause of constructive custody and restraint of liberty of said Janice Weeks-

Katona (hereinafter "People"), who is a People of the United States neither in

the capacity of a citizen of the United States nor a citizen of the State of

Florida, nor a citizen of the State of California, and whose body and property

are not subject to the jurisdiction of the following CUSTODIANS:

01HC            Habeas Corpus - Janice Weeks- Katona        Page 01 of 25

SCHELIA A. CLARK  ( BOP Warden)
Bureau of Prisons
FCI Dublin
5701 Eighth St., Camp Parks
Dublin California 94568

SUSAN C. BUCKLEW (a US District Judge)
Sam Gibbons Courthouse
801 N. Florida Ave. Ste. 218
Tampa FL 33602-3800

STEVEN D. MERRYDAY (US District Judge)
Sam Gibbons Courthouse
801 N. Glorida Avenue, Ste. 218
Tampa FL 33602-3800

KAREN S. JENNEMANN (US Dist. Judge BK)
US Bankruptcy Court
135 W. Central Blvd. Ste. 950
Orlando FL 32801

JACK SPRINGSTEAD (a FL 5th Cir. Judge)
Hernando County Courthouse
20 N. Main Street, Room 136
Brooksville FL 34601-2800

RICHARD A. LAZZARA (a FL 13th Cir. Judge)
13th Circuit Civil Div.
Hillsborough County Court House
P.O. Box 989
Tampa FL 33601-0989

FRANK DeROSA (a IRS-CID Special Agent)
Internal Revenue Service
3848 W. Columbia Drive
Tampa, Florida 33607

TERRY E. HEATH (US Probation Officer)
US Probation Office
900 Timberlake Annex Bldg.
501 East Polk Street
Tampa FL 33602-3945

ERNEST F. PELUSO (a US prosecutor)
Assistant US Attorney
400 N. Tampa Street, Ste. 3200
Tampa FL 33602

GREGORY LITTLE (an SEC attorney)
Securities & Exchange Com. Reg. Ofc.
801 Brickell Avenue, Ste. 1800
Miami FL 33131-3503

CHARLES STUTTS (SEC receiver of PBCT)
c/o Holland & Knight Law Office
P.O. Box 837
100 N. Ashley Street
Tampa FL 33602

BRADLEY E. KING  (a FL State Attorney)
Hernando County Courthouse
20 N. Main Street, Room 400
Brooksville FL 34601

JOHN MICHAEL BROWN (a FL investigator)
Florida Comptroller Office
Dept. Banking & Finance, Securities Div.
The Capitol, Suite 1302
Tallahassee FL 32390-0350

LAW OF THIS CASE

The accompanying Attachment "A" is incorporated by reference as though

fully stated herein.

01HC            Habeas Corpus - Janice Weeks-Katona        Page 02 of 25