Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Petitioner, counsel

*FILED*

CO SEP 16 PM 2:28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco



| | |
|---|---|
| JANICE WEEKS-KATONA,<br>                    Petitioner,<br>          v.<br><br>  (1A) SCHELIA A. CLARK,<br>*(1B) PAUL COPENHAVER,<br>  (2)  SUSAN C. BUCKLEW,<br>  (3)  STEVEN D. MERRYDAY,<br>  (4)  KAREN S. JENNEMANN,<br>  (5)  JACK SPRINGSTEAD,<br>  (6)  RICHARD A. LAZZARA,<br>  (7)  TERRY E. HEATH,<br>  (8)  ERNEST F. PELUSO,<br>  (9)  GREGORY LITTLE,<br>  (10) CHARLES STUTTS,<br>  (11) BRADLEY E. KING,<br>  (12) JOHN MICHAEL BROWN,<br>  (13) FRANK DeROSA,<br>*(14) HENRY M. PAULSON, JR.<br>                    Respondents.<br>    *Perfected Joindered Respondents.<br><br>-------------------------------------------<br><br>  (15) MARTIN J. JENKINS<br>  (16) ANGELA LAMIE<br>  (17) D. LOWELL JENSEN<br>  (18) VALERIE LYNN STEWART<br><br>                Joindered Respondents. | CASE No. C-07-3053 (MJJ)<br>[an Art. I Habeas Corpus 28§2243<br> according to the common law]<br><br>NOTICE OF PERMISSIVE JOINDER<br>OF PARTIES AS RESPONDENTS:<br>    (per FRCvP Rule 20)<br>(15) MARTIN J. JENKINS<br>(16) ANGELA LAMIE<br>(17) D. LOWELL JENSEN<br>(18) VALERIE LYNN STEWART<br>        and<br>ANNEXATION OF EXHIBITS A,B,C.<br>in support of JOINDER OF IN REM/<br>IN PERSONAM ACTIONS TO HABEAS CASE<br><br>A - 8/24/08 Request to Jenkins<br>B - 8/28/08 Findings of Lamie<br>C - 8/28/08 Request to Jensen<br><br>Re: In Rem and In Personam Cases:<br>    USDC, M.D. FL, Tampa,<br>      Case: 94-65-CR-T-24(E)<br>      Case: 93-1079-CIV-T-15C/25C<br>      Case: 93-3550/93-3959 (BK Orl)<br>    State of Florida:<br>    5th Cir. Case No. 93-503-CFA<br>    13th Cir. Case No. 93-4405/93-4569<br>      IRS and BOP Assessments |

COMES NOW Petitioner, Janice Weeks-Katona, representing herself, having

paid required court fees, and having leave to proceed in forma pauperis, before

this superior court of record proceeding according to the common law, having

final jurisdiction, over the parties and subject matter in this case, and

whose decisions are conclusive on all courts.

—1—

1. Petitioner perfects due process service upon Respondents (1B) Paul
   Copenhaver and (14) Henry M. Paulson, Jr., who were permissively joined
   earlier per Rule 20, FRCvP. Respondent Paul Copenhaver is successor of
   Warden Respondent (1A) Schelia A. Clark.  Respondent (14) Henry M. Paulson,
   Jr., is successor of former Treasury Secretaries from 1988 forward.

2. Petitioner now joinders additional Respondents: (15) Martin J. Jenkins,
   (16) Angela Lamie, (17) D. Lowell Jensen, and (18) Valerie Lynn Stewart.

3. Petitioner annexes Exhibits A, B, and C as uncontroverted evidence that
   a conflict of interest exists between Petitioner and the six Joindered
   Respondents named herein.  The established fact that these six Joindered
   Respondents continue to detain Petitioner and her property in custody is
   the subject of Petition for Writ of Habeas Corpus for which a Writ of
   Habeas Corpus was issued June 15, 2007.

4. Both Petition for Habeas Corpus and Writ of Habeas Corpus were duly served
   in person on Respondent (1A) Schelia A. Clark and by E-Filing on Respondents
   (1A) through (13) as shown in caption on page one.

5. Respondent (1A) Schelia A. Clark defaulted on Writ of Habeas Corpus.
   The court of record issued Writ of Execution of Default Judgment/Bench
   Warrant/Appearance Bond, which   Clerk of Court must now exercise his
   ministerial non-discretional duty to process.

6. Petitioner requests the court allow Petitioner to post an equal amount
   appearance bond for each of the six Joindered Respondents, in the same
   manner as for Respondent (1A) Clark and for the same reasons on the record.
   Also, Petitioner requests permission for surety to post a bond to bind the
   case.  Petitioner reserves the right to reject all bids.

7. Petitioner requests the court issue a Writ of Habeas Corpus directed to
   the six Joindered Respondents, which the Clerk shall file and serve upon
   the six Joindered Respondents together with Petition for Writ of Habeas Corpus.
   and this Notice of Permissive Joinder of the six Joindered Respondents.

8.  The Clerk should perform his ministerial non-discretionary duty to
    the court of record and serve via E-Filing this NOTICE OF PERMISSIVE
    JOINDER upon Respondents (1A) through (13) as follows:

(1A) SCHELIA A. CLARK
     Retired Warden
     Warden's Complex
     BOP/FCI Dublin
     5701-8th St. Camp Parks
     Dublin, CA 94568

(2) SUSAN C. BUCKLEW
    U.S. District Judge
    Sam Gibbons Courthouse
    801 N. Florida Ave. Ste. 218
    Tampa, FL 33602-3800

(3) STEVEN D. MERRYDAY
    U.S. District Judge
    Sam Gibbons Courthouse
    801 N. Florida Ave. Ste. 218
    Tampa, FL 33602-3800

(4) KAREN S. JENNEMANN
    U.S. District Judge
    U.S. Bankruptcy Court
    135 W. Central Blvd. Ste. 950
    Orlando FL 32801

(5) JACK SPRINGSTEAD
    Judge, Florida 5th Cir.
    Hernando County Courthouse
    20 N. Main Street, Room 136
    Brooksville, FL 34601-2800

(6) RICHARD A. LAZZARA
    Judge, Florida 13th Cir.
    Civil Division
    Hillsborough Co. Courthouse
    P.O. Box 989
    Tampa, FL 33601-0989

(7) TERRY E. HEATH
    U.S. Probation Officer
    US Probation Office
    900 Timberlake Annex Bldg.
    501 East Polk Street
    Tampa, FL 33602-3945

(8) ERNEST F. PELUSO
    Assistant US Attorney
    U.S. Attorney's Office
    400 N. Tampa Street, Ste. 3200
    Tampa, FL 33602

(9) GREGORY LITTLE
    SEC Counsel
    Securities & Exchange Com.
    Regional Office
    801 Brickell Ave, Ste. 1800
    Miami FL 33131-3503

(10) CHARLES STUTTS
     Receiver of PBCT
     c/o Holland & Knight Law Firm
     P.O. Box 837
     100 N. Ashley Street
     Tampa, FL 33602

(11) BRADLEY E. KING
     Assistant State's Attorney
     State Attorney for Florida
     Hernando County Courthouse
     20 N. Main Street, Room 400
     Brooksville, FL 34601

(12) JOHN MICHAEL BROWN
     Investigative Agent
     Florida Comptroller's Officer
     Dept. Banking & Finance,
       Securities Division
     The Capitol, Suite 1302
     Tallahassee FL 32390-0350

(13) FRANK DeROSA
     IRS-CID Special Agent
     Treasury/Internal Revenue Service
     3848 W. Columbia Drive
     Tampa, Fl 33607

9.  The Clerk should perform his ministerial non-discretionary duty to
    the court of record and serve via E-Filing, or US Marshals Service
    the NOTICE OF PERMISSIVE JOINDER, and PETITION FOR WRIT OF HABEAS
    CORPUS, and WRIT OF HABEAS CORPUS upon Respondent (1B), (14), (15),
    (16), (17), and (18), or their respective counsel, at or near the
    last known physical address of their places of employment as follows:

(1B) PAUL COPENHAVER
     Warden's Office Complex
     BOP/FCI Dublin
     5701-8th St., Camp Parks
     Dublin, CA 94568

(16) ANGELA LAMIE
     Administrative DHO Judge
     BOP/FCI Dublin
     5701-8th St., Camp Parks
     Dublin, CA 94568

(14) HENRY M. PAULSON, JR.
     Secretary of the US Treasury
     US Department of Treasury
     1500 Pennsylvania Ave. NW
     Washington D.C. 20220

(17) D. LOWELL JENSEN
     U.S. District Judge
     490 C Federal Building and
       U.S. Courthouse
     1301 Clay Street
     Oakland, CA 94612-5212

(15) MARTIN J. JENKINS
     U.S. District Judge
     Federal Building
     P.O. Box 36060
     450 Golden Gate Avenue
     San Francisco CA 94102-8680

(18) VALERIE LYNN STEWART
     Senior Counsel,Bar # 85654
     BOP/Western Regional Office
     7338 Shoreline Drive
     Stockton, CA 95219

10. Petitioner herewith submits this document to Clerk of the Court to
    be filed on demand.

    Dated: September 11, 2008

                                    Respectfully submitted,

                                    Janice Weeks-Katona, Petitioner

A copy of this document is furnished to the following interested persons:

Director, Administrative Office of the United States Courts
Chief Judge Hug, US Court of Appeals for Ninth Circuit
National Taxpayer Advocate/Taxpayer Advocate Service
Treasury Inspector General for Tax Administration
US Senator Dianne Feinstein, Senate Judiciary Committee
PBCT Commission of 300 Contractors
PBCT Media Coordinator

August 24, 2008

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Petitioner representing herself

Hon. Martin J. Jenkins, Judge
United States District Court
450 Golden Gate Avenue
Post Office Box 36060
San Francisco, CA 94102-9680

REQUEST FOR PROOF OF CLAIM
and
BAR MEMBERSHIP NUMBERS

Re:  Case No. C-07-3053 (MJJ) (PR) a constitutional habeas corpus per § 2243,
WEEKS-KATONA v. CLARK and Successor PAUL COPENHAVER, BUCKLEW, MERRYDAY,
JENNEMANN, SPRINGSTEAD, LAZZARA, HEATH, PELUSO, LITTLE, STUTTS, KING,
BROWN, and DeROSA, and joindered Treasury Secretary Henry M. PAULSON, Jr.
before the tribunal of a superior court of record proceeding according to
the common law, whose jurisdiction is final and decisions are conclusive
on all courts in the world[1]. See attached caption page and respondent list.

Dear Judge Jenkins,

1.   This request is regarding Findings, Decisions, Orders, and Judgments signed
by Judge Martin J. Jenkins and deputies of Clerk of the Court Richard W. Wieking
herein construed as judicial claims.

2.   Judge Martin and Clerk Wieking acted in their own self-interest and in the
interest of Respondents, and known and unknown intelopers including DOJ/Bureau
of Prisons Central Office Senior Counsel James C. Wills and Western Region Senior
Counsel Valerie Stewart, FCI Dublin staff, as well as U.S. attorneys and assistant
U.S. attorneys for Northern District of California and Middle District of Florida,
hereinafter collectively referenced as "Judicial Claimants".

3.   In the course of Judge Jenkins and Clerk Wieking's usurpation of authority
from the tribunal of a court of record, they recharacterized case no. C-07-3053
from a 3-day common law habeas corpus per 28 USC § 2243, to a 28 USC §§ 2241 and/
or 2254 civil action, which re-characterization is prohibited by Castro v. US[2].
Then they misjoined Petitioner to a re-characterized civil case and invoked their
own jurisdiction not had or given and deprived Petitioner of habeas corpus remedy
according to common law as provided by Savings to Suitors Clause in underlying tax-
prize cases shown on caption page, which is prohibited by 28 USC § 1359.

4.   The presiding court of record issued Writs of Error Coram Non Judice to nullify
Judge Jenkins' Orders/Claims.  However, Judge Jenkins and Clerk Wieking ignored the
Writs and proceeded in the re-characterized civil case.  Judge Jenkins and Clerk
Wieking abandoned their assigned ministerial non-discretionary duties to the court
of record and refused to perform tasks to witness, execute, record and otherwise
process the lawful decisions of the court of record giving credence to their claims.

5.   Requestor WEEKS-KATONA hereby requests the voucher that proves Judge Jenkins'
Findings which resulted in his over-riding Orders.

6.   Requestor WEEKS-KATONA also requests the bar membership numbers of Judge Jenkins,
bar licensed Respondents, counselors Wills and Stewart, US attorneys and Assistant
US attorneys perpetrating said claims.

1. Castro v. United States (2003) 540 US 375, 157 L Ed 2d 778, 124 S Ct 786
2. Ex parte Watkins, 3 Pet. at 202-203, cited by Schneckloth v. Bustamonte,
   412 US 218, 255 (1973), 36 L Ed 2d 854, 93 S Ct 2041.

Page 1 of 3

*Exhibit "A"*

7.  Requestor WEEKS-KATONA requests the names and bar numbers of the attorneys
representing Respondents, and bar licensed Respondents, and inteloper attorneys,
to prosecute their respective claims against Petitioner in a manner prohibited
by Title 18 USC §§ 241, 242 and 401.

8.  Requestor WEEKS-KATONA requests a determination as to whether Judge Jenkins
and Clerk Wieking acting in concert with bar members, Respondents, and intelopers
have valid delegation of authority to levy subject persons and property in a legal
process such as C-07-3053 and underlying captioned cases in order to allege an
assessment(s).  The subject persons and property are exempt from levy, nunc pro tunc.

9.  If Judge Jenkins and Clerk Wieking and other Judicial Claimants refuse or are
unable to prove (by voucher) the assessed claim in fact and original claims in fact
as shown on caption page, by themselves or others, which Judge Jenkins references
in his Findings, Decisions, Orders, and Judgments, either in their official capacity
or ex-officio capacity, then Judge Jenkins and Clerk Wieking admit to operating an
insolvent court, which is illegal by any standard and evidence of extortion being
committed against JANICE WEEKS-KATONA, injured and aggrieved party in this matter.

10.  The refusal of Judge Jenkins and Clerk Wieking and counsel for Respondents,
Respondents, and Intelopers identified in respective insolvent orders is a confession
to having invested the money elsewhere for unauthorized purposes and is thereby a
criminal enterprise.

11.  Judge Jenkins and Clerk Wieking have relied upon Respondents et al who resorted
to using a burdensome volume of papers in underlying cases, repeating redundant and
irrelevant cases to disguise their absence of an assessment which was assumed to
obtain their unlawful claims and in turn obtain another unlawful claim in C-07-3053.
They denied WEEKS-KATONA a remedy by dismissing the case which Finding and Order
requires proof of claim, voucher.  WEEKS-KATONA filed complaints elsewhere.

12.  The court of record properly defaulted Respondent Clark and issued Writ of
Execution of Default Judgment and Bench Warrant and Appearance Bonds. Petitioner
requested Clerk Wieking to assist with posting of bond (voucher) to bind the case.
DOJ/BOP/FCI Dublin Intelopers intercepted her communications and imposed distraints
which delayed her posting bond(s), vouchers as proof of her claim.

13.  A valid proof of claim is a check, cash or cash equivalent, or voucher covering
the amount of damages alleged in the controversy as a matter of fact.  The alleged
damages were stated in the underlying captioned cases, the subject matter of habeas
corpus C-07-3053, which Judicial Claimants continue to prosecute said assessments.

14.  Local and state Bar Association members who fail to give the courts the
Certificate of Origin (voucher) for the judge(s) to make legal determination
to prove subject matter by the voucher as a matter of fact, not to be assumed,
are perpetrating a fraud upon the courts.

15.  Assuming the assessment is the practice of law in the local community without
a license.  Charging a claim by codifying it with the assumed (non-existent assess-
ment) is a felony.  Failing to report the felony is subornation of a felony.  The
felony is a dishonor used to levy against WEEKS-KATONA and targeted property.  The
felony is an effort to create a disguise for the members, identified by Judge
Jenkins in his Findings, Decisions, Orders, and Judgments, enabling Judicial Claimants
to enter the local community under color of law to conduct a racketeering and criminal
enterprise to loot, plunder, and terrorize the local citizens and people.

Page 2 of 3

Exhibit "A"

16.  Requestor WEEKS-KATONA has previously requested Judge Jenkins recuse
himself for reason of 'conduct prejudicial to the effective and expeditious
administration of the business of the courts', but he has declined to do so.
As a result the 3-day habeas has entered its second year without relief from
invalid assessments, and is currently languishing in Ninth Circuit where it
was re-characterized as a state appeal and relegated to oblivion.

17.  Requestor intends to bring disciplinary Bar action against Judicial Claimant
attorneys who are members of the several Bar Associations in California and Florida.

18.  Requestor has initiated Treasury investigation against Respondent No. 13,
Frank DeRosa IRS-CID Special Agent, for invalid assessment, invalid delegation
of authority, and failure to produce proof of claim in the underlying captioned
cases he orchestrated.  Said invalid assessment/authority resulted in false
imprisonment of Petitioner er al.  Respondent DeRosa's collusion with Respondent
Clark/Copenhaver and BOP Intelopers and Judge Jenkins, Clerk Wieking, has deprived
WEEKS-KATONA of her constitutional rights to access the court for remedy.  In fact
Intelopers stole the gold embossed seals of the court of record from US mail.

19.  Requestor has initiated an investigation of this matter by US Senator Dianne
Feinstein.  As a member of the Senate Judiciary Committee, Senator Feinstein has
oversight authority to hold heads of agencies accountable for not resolving this
matter in a timely fashion, rather than undermining public confidence in the tax
administration system.  The matter includes $40 million in tax revenue extorted
from me that is unreported by the Taxpayer Advocate Service of Oakland.  Funds were
handled by BOP Intervenors and US attorneys in California and Florida.  However, the
Administrative Office of the United States Courts permits this case to languish.
This dereliction of duty is an affront to 300 PBCT contractors, their heirs and
assigns who are taxpayers, voters, and good citizens living in every state of the
union.  Meanwhile, Treasury Secretary Paulson who is fiduciary for WEEKS-KATONA
would like to settle this matter as quickly and privately as possible.

20.  Requestor has acted for herself as Petitioner in the habeas case C-07-3053,
and in her sovereign capacity as an internationally protected person having a court
of record; as an Article I §2 ¶3 "Indian not taxed" per Treaties of 1778, 1863, and
1945 Registration of Indians of North America LS486078; and as an alien ami to the
United States as well as one of the People as contemplated in the Preamble of the
US Constitution of 1791. Requestor acts as a regnant in her own right and for her
family, household, retinue, and contractors; and for her property and property under
her control, including PBCT, Premier Benefit Capital Trust.

21.  Requestor is a UCC Secured Party/Creditor and Contractor having superior
security interest, perfected priority claim, pre-paid HJR-192 account, holder in
due course, exempt from levy nunc pro tunc.  Requestor is cestui que trust per
void judgment filed in constructive trust cases shown on caption page.  Requestor
will have the voucher now.

CC:  Administrative Office of the United States Courts      Sincerely,
     US Court of Appeals for Ninth Circuit
     National Taxpayer Advocate/Taxpayer Advocate Service
     Treasury Inspector General for Tax Administration
     U.S. Senator Dianne Feinstein, Judiciary Committee      JANICE WEEKS-KATONA
     PBCT Commission for 300 Contractors                     ens/legis for
                                                             Janice Weeks-Katona

Exhibit "A"

Janice Weeks-Katona LS 486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Private Attorney



E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco

C 07    3053

Janice Weeks-Katona,                    )    CASE NO. _____
                                         )
                        Petitioner,      )    VERIFIED PETITION FOR
                                         )    WRIT OF HABEAS CORPUS
              v.                         )    BY A PEOPLE IN FEDERAL AND
                                         )    STATE CONSTRUCTIVE CUSTODY    MJJ
SCHELIA A. CLARK,                        )    (NOT SENTENCED TO DEATH)
SUSAN C. BUCKLEW,                        )
STEVEN D. MERRYDAY,                      )    Re:  Supplementary & Collateral Cases (PR)
KAREN S. JENNEMANN,                      )         USDC, M.D. FL, Tampa,
JACK SPRINGSTEAD,                        )         Case No. 94-65-CR-T-24(E)
RICHARD A. LAZZARA,                      )         Case No. 93-1079-CIV-T-15C/25C
TERRY E. HEATH,                          )         Case No. 93-3550/93-3959 (BK Orl)
ERNEST F. PELUSO,                        )         State of Florida:
GREGORY LITTLE,                          )      5th Cir. Case No. 93-503-CFA
CHARLES STUTTS,                          )     13th Cir. Case No. 93-4405/93-4569
BRADLEY E. KING,                         )          IRS and BOP Assessments
JOHN MICHAEL BROWN, and,                 )
FRANK DeROSA,                            )    Magistrate: _____
                                         )         Date: _____
                                         )         Time: _____
                        Respondents.     )         Dept: _____
                                         )

1.  COMES NOW Janice Weeks-Katona, a People of the United States, and petitions

the above-entitled Court of record for a writ of habeas corpus to inquire into

the cause of constructive custody and restraint of liberty of said Janice Weeks-

Katona (hereinafter "People"), who is a People of the United States neither in

the capacity of a citizen of the United States nor a citizen of the State of

Florida, nor a citizen of the State of California, and whose body and property

are not subject to the jurisdiction of the following CUSTODIANS:

01HC              Habeas Corpus - Janice Weeks- Katona        Page 01 of 25

*Exhibit "A"*

SCHELIA A. CLARK  ( BOP Warden)
Bureau of Prisons
FCI Dublin
5701 Eighth St., Camp Parks
Dublin California 94568

TERRY E. HEATH (US Probation Officer)
US Probation Office
900 Timberlake Annex Bldg.
501 East Polk Street
Tampa FL 33602-3945


SUSAN C. BUCKLEW (a US District Judge)
Sam Gibbons Courthouse
801 N. Florida Ave. Ste. 218
Tampa FL 33602-3800

ERNEST F. PELUSO (a US prosecutor)
Assistant US Attorney
400 N. Tampa Street, Ste. 3200
Tampa FL 33602


STEVEN D. MERRYDAY (US District Judge)
Sam Gibbons Courthouse
801 N. Glorida Avenue, Ste. 218
Tampa FL 33602-3800

GREGORY LITTLE (an SEC attorney)
Securities & Exchange Com. Reg. Ofc.
801 Brickell Avenue, Ste. 1800
Miami FL 33131-3503


KAREN S. JENNEMANN (US Dist. Judge BK)
US Bankruptcy Court
135 W. Central Blvd. Ste. 950
Orlando FL 32801

CHARLES STUTTS (SEC receiver of PBCT)
c/o Holland & Knight Law Office
P.O. Box 837
100 N. Ashley Street
Tampa FL 33602


JACK SPRINGSTEAD (a FL 5th Cir. Judge)
Hernando County Courthouse
20 N. Main Street, Room 136
Brooksville FL 34601-2800

BRADLEY E. KING  (a FL State Attorney)
Hernando County Courthouse
20 N. Main Street, Room 400
Brooksville FL 34601


RICHARD A. LAZZARA (a FL 13th Cir. Judge)
13th Circuit Civil Div.
Hillsborough County Court House
P.O. Box 989
Tampa FL 33601-0989

JOHN MICHAEL BROWN (a FL investigator)
Florida Comptroller Office
Dept. Banking & Finance, Securities Div.
The Capitol, Suite 1302
Tallahassee FL 32390-0350


FRANK DeROSA (a IRS-CID Special Agent)
Internal Revenue Service
3848 W. Columbia Drive
Tampa, Florida 33607


## LAW OF THIS CASE

The accompanying Attachment "A" is incorporated by reference as though

fully stated herein.

01HC                      Habeas Corpus - Janice Weeks-Katona              Page 02 of 25

Exhibit "A"

Sensitive - Limited Official Use

telephone monitoring procedures. In addition, the DHO relied on the truview documentation. In addition, the DHO relied on a prerecorded call made by inmate Myers and compared the voice to the voice placed by you, with a positive match for voice recognition. In deciding the issue, the DHO finds by a greater weight of evidence, that you committed the prohibited act of Phone Abuse, Non-Criminal, Code 297, of the Inmate Discipline policy.

## VI. SANCTION OR ACTION TAKEN

| Code | Sanction | # of days | DHO Comments | Suspended |
|------|----------|-----------|--------------|-----------|
| 297 | Disallow Good Conduct Time | 27 | | |
| 297 | DS | 15 | suspended 180 days clear conduct | |
| 297 | Telephone Restriction | 90 | | |

## VII. REASON FOR SANCTION OR ACTION TAKEN

**CODE: 297**

**Program Statement 5270.07, Inmate Discipline and Special Housing Units, states that after careful consideration of all relevant factors, the DHO may impose a loss of privilege sanction not directly related to the offense, provided there is a belief that the imposed sanction is viewed as having a significant impact on the inmate's future behavior. The DHO believes that other sanctions will/have been futile or have had insufficient impact on your behavior. Therefore, the DHO has imposed sanctions in an effort to deter your behavior.**

**The loss of privileges are punitive sanctions administered in an effort to impact and/or discourage any future disruptive behavior. These disciplinary sanctions administered are done so in proportion to the frequency and severity of the prohibited act code violation committed and are in compliance with guidelines set forth in P.S. 5270.07 Inmate Discipline and Special Housing Units.**

VIII. APPEAL RIGHTS: The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days upon the receipt of the Discipline Hearing Officer report dated in Section IX below under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

| | | Yes | X | No | | |
|---|---|-----|---|-----|---|---|

### IX. DISCIPLINE HEARING OFFICER

| Printed Name of DHO | Signature of DHO | Date |
|---------------------|------------------|------|
| A. Lamie | *Lamie* | 9/2/08 |
| Report delivered to inmate by: Sent through institution mail. | Date: 9/2/08 | Time: 1PM |

(This form may be replicated in WP)    Replaces BP-304(52) of JAN 88

Exhibit "B"

August 28, 2008

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Third-Party Plaintiff, Pro Se

Hon. D. Lowell Jensen
490C Federal Building and
  United States Courthouse
1301 Clay Street
Oakland CA 94612-5212
510-637-3550

REQUEST FOR PROOF OF CLAIM
        and
BAR MEMBERSHIP NUMBERS

Re:  Case No. CR-03-40102-DLJ United States v. Renee Myers
     Weeks-Katona was joined by US/DOJ/BOP Adm. Court per Judge Jensen's Orders
     See Exhibit A: Notice of Claim of Bond filed by Claimant Renee Myers
         Exhibit B: Letter from Clerk "V" of Jenkins Court case C-07-3053

Dear Judge Jensen:

1.  On August 28, 2008, US/DOJ/BOP Administrative DHO Judge (Ms.) Angela Lamie
presided over case #1758164 US/DOJ/BOP v. Janice Weeks-Katona.  During the
proceedings, Judge Lamie invoked jurisdiction not had or given over two BOP
non-contractors Weeks-Katona and Renee Myers.  This decision cast Weeks-Katona
as a third-party plaintiff in US v. Myers in the Jensen Court.

2.  The nexus extends when all DOJ/BOP assessments including #1758164 and
originating case CR-03-40102-DLJ became subject matter in Weeks-Katona v.
Schelia A. Clark and successor Warden Paul Copenhaver et al, Case No. C-07-3053
(MJJ) USDC, N.A. CA, San Francisco. Respondents acted in collusion with Adm.
Judge Lamie to hold a Star Chamber court in retaliation for Weeks-Katona filing
complaints that began investigations by US Senator Dianne Feinstein, Treasury
Inspector General for Tax Administration, and now Administration for US Courts.

3. When Judge Lamie invoked jurisdiction not had or given (28 USC § 1359) over
both Weeks-Katona and Myers she deprived them of First Amendment right to Speech/
Press, Assembly/Association, and Grievance Rights by removing Myers' phone number
from Weeks-Katona's approved list, and denied Weeks-Katona use of phone for 90
days, and further deprived Weeks-Katona of life, limb, liberty, and property
interest by taking 30± days of 'good time' to detain her in prison.

4.  In June, 2007, Case No. C-07-3053 (MJJ), Respondent Warden Clark (effecting
successor Copenhaver) conceded to lack of jurisdiction over Weeks-Katona, which
deprived Judge Lamie of jurisdiction, which voids the Lamie Judgment.

5.  Further, when Weeks-Katona alleged invalid assessment in 6/30/08 Complaint
to Treasury Inspector General, US/DOJ/BOP must suspend all tax collection distraints
and not impose new distraints such as #1758164 which is a void judgment.

6.  Judge Lamie created the nexus to join the party Janice Weeks-Katona and the
subject matter proof of claim to Case No. CR-03-40102-DLJ when she raised the
question whether Renee Myers was in fact a lawfully incarcerated inmate held in
custody at US/DOJ/BOP/FCI Dublin pursuant to Orders of the Jensen Court.  Judge
Lamie declared, "I checked and Renee Myers was an inmate here at FCI Dublin."
FCI Dublin staff member attending the hearing on behalf of Weeks-Katona witnessed
Lamie's declaration, which Mr.Ozuna confirmed later. Voucher was not attached.
                                                            Page 1 of 4

Exhibit "C"

7.   The charge brought against Weeks-Katona by Officer S. Canales on July 23, 2008 coincided with the date of delivery of Treasury Inspector General's letter to Weeks-Katona giving notice of commencement of investigation of Respondent No. 13 Frank DeRosa who was colluding with Respondent No. 01 FCI Dublin Warden Schelia A. Clark to interfere with proceedings in Case No. C-07-3053, by undue influence on Judge Martin J. Jenkins who has not exercised his ministerial duty to execute Writ of Judgment, Default Judgment etc, on the 3-day habeas now in its second year.

8.   The charge did not have a voucher attached, nevertheless Weeks-Katona accepted for value next day, August 24, 2008.  Further proceedings were time-barred at the expiration of five days.  However, 36 days later, a copy of Weeks-Katona's letter to Senator Feinstein, "Release of Information Form", to begin the Senator's invest-igation of her complaint was taken by inmate gang members believed to be Arlene Diamond and Rebecca Hunter in collusion with FCI Dublin staff member Angela Lamie. Lamie scheduled the time-barred DHO hearing before 2:30 pm compuer deadline for call-out next day at 10:30 a.m.  The stolen document was a Release of Information Form Senator Feinstein sent to Weeks-Katona which had been completed and returned the week before in order to commence Senator Feinstein's investigation of BOP/FCI Dublin staff's reprisals against Weeks-Katona for exercising her Grievance Rights in Case No. C-07-3053.  Reprisals included staff taking Weeks-Katona's legal papers necessary to prosecute Case C-07-3053, and effect out of court Treasury Settlement. Also deprivation of food, mail tampering, inadequate law library.

9.   The charge (#1758164) alleged "Use of the telephone for abuses other than criminal activity" Code 297. UDH Judges Carol Reed and Ken Villagran Star Chamber (7/24/08) characterized the charge as "inmate talking in code".  Weeks-Katona explained she and Myers could reference Clerks of the Court in case no. C-07-3053 (MJJ) because they only gave one initial not full name. See Exhibit "B" where Clerk "v" cannot provide the documents Weeks-Katona requested. FCI Dublin Law Library did not provide the documents requested.  Weeks-Katona asked Myers to obtain the documents from OfficeMax or Clerks she knew in Jensen Court.  On 8/28/08 Judge Lamie re-characterized the charge to "inmate talking on phone to former inmate".

10.  Requestor Weeks-Katona understands the federal prosecutor in the Myers case no. CR-03-40102-DLJ had motioned to dismiss the case while the jury was still out deliberating on a verdict, and that the case was in fact dismissed.  No verdict. No conviction. No sentence. No incarceration for Myers at FCI Dublin. However, further court orders are ambiguous and clouded.  Weeks-Katona requests clarification of the record to account for the status of Myers as an inmate at FCI Dublin. It appears that US Marshals kidnapped Myers at her home then deposited here in an Alameda County Jail which released her pursuant to a habeas corpus back to the US Marshals. Alameda County conceded to liability for false imprisonment, settlement is in progress. The US Marshals then deposited Myers with FCI Dublin/Ofc. Estelle Samaniego without any documents at all, no orders from Judge Jensen.  Myers alleged kidnapping and peonage The unintended consequences of the Myers incarceration has gravely injured Weeks-Katona.

11.  Regarding Orders, Findings, and Recommendations signed by Judge D. Lowell Jensen, in the course of the above captioned Myers case no. CR-03-40102-DLJ, Weeks-Katona hereby requests the voucher that proves the Findings in support of any and all Orders.

12.  Requestor Weeks-Katona also requests the names and bar numbers of the United States Attorney and the attorneys prosecuting the Myers case, and a determination as to whether they have valid delegation of authority to levy subject persons Myers and Weeks-Katona and their respective property in a legal process in order to allege an assessment.  The subject persons and property are exempt from levy, nunc pro tunc.

JWK: Jensen-Request for Proof of Claim & Bar Membership Numbers       Page 2 of 4

Exhibit "C"

13.  If Judge Jensen refuses or is unable to prove by voucher the assessed claim in fact in fact, whether made by himself or others, which Judge Jensen identifies and references in his Findings and Recommendations Order, either in their official capacity or ex-official capacity, then Judge Jensen admits to operating an insolvent court, which is illegal by any standard and evidence of extortion being committed against Renee Myers, and in consequence Janice Weeks-Katona, injured and aggrieved third-party in this matter.

14.  The refusal of Judge Jenkins and the prosecuting attorneys identied in respective insolvent orders, in case no. CR 03-40102 DLJ and as relied upon in case #1758164, is a confession to having invested the money elsewhere for unauthorized purposes and is thereby a criminal enterprise.

14.  Prosecuting attorneys and Judge Jensen have resorted to using a burdensome volume of papers repeating redundant and irrelevant cases to disguise their agsence of an assessment which was assumed to obtain the unlawful claim and default for Renee Myers and Janice Weeks-Katona which requires proof of claim, (voucher).

16.  A valid proof of claim is a check or voucher covering the amount of damages alleged in the controversy as a matter of fact.  The alleged damages were stated in the Administrative Claim filed in the Jensen Court as well as the Reed, Villagran, Lamie Courts.

17. Local,state Bar Association members who fail to give the courts the Certificate of Origin (voucher) for Judge Jensen to make legal determination to prove subject matter by the voucher as a matter of fact, not to be assumed, are perpetrating a fraud upon the courts.

18. Assuming the assessment is the practice of law in the local community without a license.  Charging a claim by codifying it with the assumed (non-existant assessment) is a felony.  Failing to report the felony is subornation and misprision of a felony. The felony is a dishonor owed to levy against Myers and subsequently Weeks-Katona and their targeted property.

19.  The felony is an effort to create a disguise for the members identified by Judge Jensen in his Findings and Recommendation, enabling them to enter the local community under color of law to conduct a racketeering and criminal enterprise to loot, plunder, and terrorize the local citizens and sovereigns.

20. Requestor Weeks-Katona intends to bring disciplinary Bar action, trespass proceedings, and addendums to criminal complaints against felons who have not produced proof of claim for per diem and sum certain from the onset of targeting Weeks-Katona on or about July 23, 2008 when BOP staff imposed a distraint predicated on the Findings and Recommendations of Judge Jenson against Myers, until the matter is settled.

21.  Requestor Weeks-Katona has initiated Treasury Inspector General investigation of Respondent No. 13, Frank DeRosa IRS-CID Special Agent, for invalid assessment, invalid delegation of authority, and failure to produce proof of claim in the under-lying captioned cases in habeas case no. C-07-3053 (MJJ) which DeRosa orchestrated. Said invalid assessment/authority resulted in false imprisonment of Weeks-Katona. Respondent DeRosa has colluded with Respondent Clark/Copenhaver and BOP attorneys (Valerie Stewart, James C. Wills, Dominic Ayotte, and non-attorney S. Canales, Michael Barnhardt, A. Golden, Carol Reed, Ken Villagran, P. Boynton, T.A. Jones, Paul Copenhaver, Angela Lamie) and also colluded with Judge Martin J. Jenkins and Judge D. Lowell Jensen.

JWK: Jensen-Request Proof of Claim, Bar number 8/28/08            Page 3 of 4

Exhibit "C"

22.  Requestor has initiated an investigation of BOP reprisals of Weeks-Katona by US Senator Dianne Feinstein including the taking of documents, mail tampering, deprivation of food, and loss of communication by phone with Treasury investigator, and loss of phone and good time.  As a member of the Senate Judiciary Committee, Senator Feinstein has oversight authority to hold heads of agencies accountable for not resolving this matter in a timely fashion, rather than underminins public confidence in the tax administration system.  The matter includes $40 million in tax revenue extroted from Weeks-Katona that is unreported by Taxpayer Advocate Service of Oakland.  Funds were handled by BOP officials and US attorneys involved in the cases handled by the Jensen, Jenkins and Lamie courts referenced herein.  However, the Administrative Office of the United States Courts has permitted the Myers case to languish without lawful conclusion.  This dereliction of duty is an affront to 300 PBCT contractors, their heirs and assigns who are taxpayers, voters, and good citizens living in every state of the union, and entitled to their settlement via Case No. C-07-3053, and out of court settlement with US Treasury/IRS.  Meanwhile Treasury Secretary Paulson, who is fiduciary for Weeks-Katona, would like to settle this matter as quickly and privately as possible.

23.  Requestor has acted for herself as Defendant in Incident Report case #1758164, Petioner in Case No. C-07-3053 and as Third-Party Plaintiff in Case CR-03-40102-DLJ. in her sovereign capacity as an internationally protected person having a court of record; as an Article I§2¶3 "Indian not taxed" per Treaties of 1778, 1863, and 1945 Registration of Indians of North America LS486078; and as an alien ami to the United States as well as one of the People as contemplated in the Preamble of the US Constitution of 1791.  Requestor acts as a regnant in her own right and for her family, household, retinue, and contractors; and for her property and property under her control, including the property assessed in the afore-mentioned cases.

23.  Requestor Weeks-Katona is a UCC Secured Party/Creditor and Contractor having superior security interest, perfected priority claim, pre-paid HJR-192 account, holder in due course, exempt from levy nunc pro tunc.  Requestor is immune from civil suit.  Treasury Secretary Henry M. Paulson, Jr. is Successor Trustee  and IRS Fiduciary of above-referenced constructive trusts for Janice Weeks-Katona, cestui que trust usar.  Requestor will have the voucher now.

                                          Sincerely,

                                          JANICE WEEKS-KATONA ens legis
                                          for Janice Weeks-Katona

CC:  Director, Administrative Office of the United States Courts
     Chief Judge Hug, US Court of Appeals for Ninth Circuit
     National Taxpayer Advocate/Taxpayer Advocate Service
     Treasury Inspector General for Tax Administration
     US Senator Dianne Feinstein, Judiciary Committee
     PBCT Commission for 300 Contractors
     Treasury Inspector General for Tax Administration
Encl:  Exhibit "A" - Notice of Claim of Bond filed by Claimant Renee Myers
       Exhibit "B" - Letter from Clerk "V" of Jenkins Court case C-07-3053/Request
       Exhibit "C" - Request for legal phone call to Randy Silvis/Response
       Exhibit "D" - Writ of Execution of Default Judgment filed 7/2/08
       Exhibit "E" - Packet of DHO #1758164 Assessment Documents

Exhibit "C"

ORIGINAL
FILED

Renee Myers - 93093-011
DUBLIN FCI
5701 Eighth Street - Unit C
Camp Parks
Dublin, CA 94568

06 MAY 19  PM 12: 38

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### for the

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renee Myers<br>　　　Claimant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RE: UNITED STATES OF AMERICA
　　　　vs.
　　RENEE MYERS

RE: CASE NO.: CR 03-40102 DLJ

NOTICE OF CLAIM OF BOND

NOW COMES, Renee Myers appearing under an Appearance Bond issued June 18, 2003, by the Honorable Judge, Edward Chen, for $50,000, unsecured.

Said **Petition for Arrest Warrant for Defendant Under Pretrial Supervision,** was obtained by Agent and Employee, BETTY A. KIM, filed January 10, 2006.

I have suffered dishonor regarding an unlawful arrest because of a lack of due process as the process was never completed by a probable cause hearing. Also, Federal Jurisdiction was never established, showing bad faith on the filing, arrest and continued detention by its issuance.

The Bond is now forfeited due to a breach of contract and lack of good faith on the part of the Respondents.

Therefore, this Notice of Claim is a Demand for the $50,000 Bond to be released to me immediately to bring settlement and closure.

Dated: 5/17/06

Renee Myers, Claimant

Exhibit "C"

# RECEIVED

Exhibit "B" - Letter from Clerk "V" of Jenkins Court case C-07-3053/Request

JUL 1 7 2008

July 15, 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

Richard W. Wieking
Clerk of the Court
450 Golden Gate Avenue
P.O. Box 36060
San francisco, CA 94102-9680

Dear Clerk,

I need to post a surety bond on my case no. C-07-3053.  Please provide me
with the necessary forms your office requires that I complete and file with
your.  I understand the forms would include the following items:

    (1) Surety
    (2) Promissory Note
    (3) Performance Bond
    (4) Payment Bond
    (5) Bid Bond

If there are other forms pelase include them along with instructions for
completing the forms and send to me at your earliest opportunity.  Thank you.

Sincerely,

Janice Weeks-Katona

Exhibit "C"

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
**CLERK**

**450 GOLDEN GATE AVENUE**
**SAN FRANCISCO, CA 94102**
**(415) 522-2000**
**FAX (415) 522-3605**

August 7, 2008

Ms. Janice Weeks-Katona
LS486078
FCI-Dublin 17493-018 Unit C
5701 Eight St. Camp Parks,
Dublin, CA 94568

Dear Ms. Weeks-Katona:

This is in response to your letter dated July 15, 2008 regarding forms for Surety bond.

The Court does not have such forms and does not provide surety bonds. You could check with a bond company.

Sincerely,

Writ Clerk

Exhibit "c"

Exhibit "C" - Request for legal phone call to Randy Silvis/response

EF-E14E.05E
SEP 9E

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Counselor Villagran | DATE: Aug. 1, 2008 |
|---|---|
| FROM: JANICE WEEKS-KATONA | REGISTER NO.: 17493-018 |
| WORK ASSIGNMENT: Edu | UNIT: C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request. Request for legal phone call to Randy Silvis 202-927-0150

Special Agent in Change, Special Inquiries & Intelligence Division &
Inspector General for Tax Administration, Dept. of Treasury. Silvis
asked me to call if I have concerns or questions — I need the name
of the representative assigned to my case 54-0807-0009-C and to
report current actions under color of law impeding investigation,
and depriving me & First Am. Grievance, Rights in this case and
subject matter case C-07-3053. Officers are re-instating reprisals
including deprivation of food and no-touch Torture.

(Do not write below this line)

DISPOSITION:

See attached response.

| Signature, Staff Member K Villagra | Date 8-1-08 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces EP-14E.070 dated Oct EE
and EP-E14E.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

Exhibit "C"

Exhibit "C" - Request for legal phone call to Randy Silvis/response

**RESPONSE TO INMATE REQUEST TO STAFF**
**INMATE: Weeks-Katona**
**REGISTER NO: 17493-018**
**UNIT: C**

This is in response to your Inmate Request to Staff, received in
this office on August 1, 2008, in which you request a unmonitored
legal call to Special Agent Randy Silvis.

In accordance with established policies, inmates may request
through their counselor unmonitored calls to their attorney.
Upon the recommendation of Dominic Ayotte, Western Regional
Office, I contacted Mr. Silvis to verify the need to speak to you
during an unmonitored telephone call. Mr. Silvis stated any
communication that you require with him may be done in writing.

Mr. Silvis is neither your attorney, nor is there a verified need
to speak to him through an unmonitored phone call. Therefore
your request is denied.


K. Villaggan, Correctional Counselor          _August 1, 2008_
                                               Date

Exhibit "C"

June 30, 2008

Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

ORIGINAL
FILED

Attornatus Privatus

Richard W. Wieking
Clerk of the Court
US District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco CA 94102-9680

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT.
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Re:    Case No. C-07-3053 (MJJ) WEEKS-KATONA v. CLARK ET AL

Dear Clerk,

Enclosed is original ~~and one copy~~ of document, WRIT OF EXECUTION of
DEFAULT JUDGMENT.  The Clerk shall file the document and serve a copy
on the named Respondents in the case.

An extra copy is enclosed.  Please stamp "date filed" on the copy and
return to me in the enclosed self-addressed postage-paid envelope.

Sincerely,

Janice Weeks-Katona
Attornatus Privatus

Exhibit "C"

Exhibit "D" - Writ of Execution of Default Judgment filed 7/2/08

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### San Francisco

CIVIL ACTION, File No. C-07-3053

| | |
|---|---|
| Janice Weeks-Katona, )<br>      Petitioner, )<br>    v. )<br> )<br>Schelia A. Clark   Susan C. Bucklew )<br>Steven D. Merryday Karen S. Jennemann )<br>Ernest F. Peluso   Jack Springstead )<br>Terry E. Heath    Richard A. Lazzara )<br>Charles Stutts    Bradley E. King )<br>Gregory Little    John Michael Brown )<br>Frank DeRosa     Henry M. Paulson )<br>      Respondents. )<br> ) | WRIT OF EXECUTION<br>of<br>DEFAULT JUDGMENT<br>and<br>BENCH WARRANT<br>and<br>APPEARANCE BOND |

This habeas corpus petition came on for hearing before the tribunal of the superior court of record proceeding according to the common law, having final jurisdiction, and the issues have been duly heard and a decision has been duly rendered, which is conclusive on all courts.

It is Ordered and Adjudged:

That the Respondent, Warden Schelia A. Clark and her successor Warden Paul Copenhaver of DOJ/BOP/FCI Dublin are in Default on Writ of Habeas Corpus, and they shall release the Petitioner Janice Weeks-Katona and her property from their custody and immediately deliver her with her property to the Office of the Clerk of the Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, California, to execute Appearance Bonds.

WITNESS: the Seal of the Court this 30th day of June, 2008.

      THE COURT

      Janice Weeks-Katona
      Attornatus Privatus



Exhibit "C"

Exhibit "D" - Writ of Execution of Default Judgment filed 7/2/08

## CERTIFICATE OF SERVICE

I, Janice Weeks-Katona, declare under penalty of perjury that a true and correct
copy of the WRIT OF EXECUTION OF DEFAULT JUDGMENT AND BENCH WARRANT AND
APPEARANCE BOND was served on Respondents Schelia A. Clark and Paul Copenhaver
at the address shown below by depositing the document in the institution mail
receptacle provided on June 30, 2008, with sufficient first class postage affixed.

Schelia A. Clark and
Paul Copenhaver
Warden FCI Dublin
5701 8th St., Camp Parks
Dublin, California 94568

Executed this 30th day of June

Janice Weeks-Katona

Exhibit "C"

BP-A293.052                                    **U.S. DEPARTMENT OF JUSTICE**
MAY 94                                         **FEDERAL BUREAU OF PRISONS**
INMATE RIGHTS AT DISCIPLINE HEARING

Institution:

As an inmate charged with a violation of Bureau of Prisons rules or regulations referred to the Discipline Hearing Officer (DHO) for disposition, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the Discipline Hearing Officer;

2. The right to have a full-time member of the staff who is reasonably available to represent you before the Discipline Hearing Officer;

3. The right to call witnesses (or present written statements of unavailable witnesses) and to present documentary evidence in your behalf, provided institutional safety would not be jeopardized;

4. The right to present a statement or to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act;

5. The right to be present throughout the discipline hearing except during a period of deliberation or when institutional safety would be jeopardized. If you elect not to appear before the DHO, you may still have witnesses and a staff representative appear on your behalf;

6. The right to be advised of the DHO's decision, the facts supporting that decision, except where institutional safety would be jeopardized, and the DHO's disposition in writing; and,

7. The right to appeal the decision of the DHO by means of the Administrative Remedy Procedure to the Regional Director within 20 calendar days of notice of the DHO's decision and disposition.

I hereby acknowledge that I have been advised of the above rights afforded me at a hearing before the Discipline Hearing Officer. I have further been advised that if I have previously received either a presumptive or effective parole date from the Parole Commission, a finding by the DHO that I committed the prohibited act(s) may result in a rescission or retardation by the Parole Commission of the presumptive or effective parole date.

Inmate's Name: _Weeks- Katona, Janice_ Reg. No.: _17493-018_

Inmate Signature: _λ_                        Date:_____

Notice of rights given to inmate(Date/time): _7/24/08  2:10PM_

by: _K Villagran  K Villagran_
              Staff Printed Name/Signature

(This form may be replicated via WP)                Replaces BP-S293(52) of JAN 88.

                                                                    1

                                                    _Exhibit "C"_

ABP-S288.052 **INCIDENT REPORT CDFRM**
MAY 1994     **Exhibit "E" – Packet of DHO #1758164 Assessment Documents**
U.S. DEPARTMENT OF JUSTICE                    **FEDERAL BUREAU OF PRISONS**

1. Name Of Institution: **FCI Dublin**

Part I - Incident Report

| 2. Name Of Inmate<br>**Weeks-Katona, Janice** | 3. Register Number<br>**#17493-018** | 4. Date Of Incident<br>**07-14-2008** | 5. Time<br>**09:53am** |
|---|---|---|---|
| 6. Place Of Incident<br>**C unit telephone** | 7. Assignment<br>**ED library** | 8. Unit<br>**C-A** | |

| 9. Incident :<br>**Use of the telephone for abuses other than criminal activity** | 10. Code<br>**297** |
|---|---|

11. Description Of Incident (Date: <u>07-23-08</u> Time:<u>8:01am</u> Staff become aware of incident)
continued:

**Katona-Weeks:** "(cough) You know I just, whatever happens there just gets so perverted"
Mrs.Myers: "Yeah okay"
**Katona-Weeks:** "Ya know it's not purified"
Mrs.Myers: "Okay"
**Katona-Weeks:** "It's tainted because we have to put a spin on it"
Mrs.Myers: "I see"
**Katona-Weeks:** "Then it get's where it's not usable, and it gets dangerous, that's the problem
              with that"
Mrs.Myers: "It gets dangerous got it"
----------------------break in conversation----------------------
**Katona-Weeks:** "So I didn't know if you were still, uhhh communucating there"
Mrs.Myers: "back there?"
**Katona-Weeks:** "Yeah with the B-factor"
Mrs.Myers: "Uh no"
**Katona-Weeks:** "Okay"

| 12. Signature Of Reporting Employee<br>S. Canales | Date And Time<br>07-23-2008<br>08:42am | 13. Name And Title (Printed)<br>**S. Canales,**<br>**Senior Officer Specialist** | |
|---|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | | 15. Date Incident<br>Report Delivered<br>7.23.08 | 16. time Incident<br>Report Delivered<br>3.14pr |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

| 18. A. It Is The Finding Of The Committee That You:<br>_____ Committed The Following Prohibited Act.<br><br>_____ Did Not Commit A Prohibited Act. | B. _____ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.<br>C. _____ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days. |
|---|---|

19. Committee Decision Is Based On The Following Information

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding
inmate committed prohibited act)

21. Date And Time Of Action _____ (The UDC Chairman's Signature Next To His
Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC
Proceedings.)

Chairman (Typed Name/signature)     Member (Typed Name)     Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)                    Replaces BP-288(52) Of Jan 88

Exhibit "C"

BP-A294.052    **NOTICE OF DISCIPLINE HEARING BEFORE THE (DHO)**    **U.S. DEPARTMENT OF JUSTICE**
MAY 1994                                                                                          **FEDERAL BUREAU OF PRISONS**

FCI Dublin
_Institution_

DATE: _____

TO: Weeks - Katona, Janice    Reg. No.: 17493 - 018

ALLEGED VIOLATION(S): Phone Abuse, Non -Criminal

DATE OF OFFENSE: 7/14/08    Code No.: 297

You are being referred to the DHO for the above charge(s).

The hearing will be held on: next available , at _____ (A.M./P.M.) at the following location:

FCI Dublin

You are entitled to have a full-time staff member represent you at the hearing. Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) ☒ (do not) ___ wish to have a staff representative.

If so, the staff representative's name is: Mr. Ozuna

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of witnesses you wish to call should be listed below. Briefly state to what each proposed witness would be able to testify.

I (do) ___ (do not) ☒ wish to have witnesses.

NAME: _____ , Can Testify to: _____

_____

_____

NAME: _____ , Can Testify to: _____

_____

_____

NAME: _____ , Can Testify to: _____

_____

_____

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonable available, and who are determined by the DHO to have information relevant to the charge(s). Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses may be asked to submit written statements.

I additional space is needed, use the reverse side of this form. Date, sign, and return this form to the DHO.

DATE: 7/24/08    SIGNATURE: _____

Notece of hearing before DHO given inmate 7/24/08 210 Pm by R. Villagram KV
    Date/Time                          Staff Printed Name/Signature

Replaces BP-294(52) of JAN 88

Exhibit "C"

ABP-S288.052 INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE      #1758164      FEDERAL BUREAU OF PRISONS

1. Name Of Institution: **FCI Dublin**

Part I – Incident Report

| 2. Name Of Inmate<br>Weeks-Katona, Janice | 3. Register Number<br>#17493-018 | 4. Date Of Incident<br>07-14-2008 | 5. Time<br>09:53am |
|---|---|---|---|
| 6. Place Of Incident<br>C unit telephone | 7. Assignment<br>ED. library | 8. Unit<br>C-A | |

9. Incident :
**Use of the telephone for abuses other than criminal activity**      10. Code
**297**

11. Description Of Incident (Date: <u>07-23-08</u> Time:<u>8:01am</u> Staff become aware of incident)

On 07-23-2008 at approximately 08:01am I listened to a pre-recorded telephone call originally placed by Inmate Weeks-Katona on 07-14-2008 at 09:53am to the telephone number (510) 978-2055. During the call Inmate Weeks-Katona spoke to former FCI Dublin Inmate Renee Myers in code about a person and occurrences at FCI Dublin. Talking in code is a prohibited act. The conversation is as follows:

Mrs.Myers: "I'll tell you who does have that paper, Mrs. B"
Katona-Weeks: "Well that's not where I wanna go"
Mrs.Myers: "Okay"

**Continued on second page...**

| 12. Signature Of Reporting Employee<br>S. Canales | Date And Time<br>07-23-2008<br>08:42am | 13. Name And Title (Printed)<br>S. Canales,<br>Senior Officer Specialist | |
|---|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | | 15. Date Incident<br>Report Delivered<br>7.23.08 | 16.time Incident<br>Report Delivered<br>3:14hr |

Part II – Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident
I am requesting her assistance to locate obscure IRS forms, I could not find them on the internet. So I asked her to contact the clerks of the courts & contractors who has those forms. I was preparing for the Treasury Settlement. I need the forms to file tax returns which is part of the settlement.

18. A. It Is The Finding Of The Committee That You:
_____ Committed The Following Prohibited Act.
_____ Did Not Commit A Prohibited Act.

B. _X_ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. _____ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information
Referred to DHO

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)
Loss of phone, Loss of GCT

21. Date And Time Of Action 7/24/08 2:00pm (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

CReed CReed
Chairman (Typed Name/signature)        Member (Typed Name)        Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)        Replaces BP-288(52) Of Jan 88

Exhibit "C"







RECEIVED

SEP 16 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk of the Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-9680

SPECIAL LEGAL MAIL

(Federal) Correctional Institution-Dublin
Antron, Mayes-Atkins LS-86578
C/o FCI Dublin 17493-018 Unit F
5701 Eighth Street Camp Parks
Dublin, California 94568