Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568
Private Attorney



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco

| | | |
|---|---|---|
| Janice Weeks-Katona,<br>　　　　Petitioner,<br><br>　　　　v.<br><br>(1B)　PAUL COPENHAVER<br>(14)　HENRY M. PAULSON, JR.<br>(15)　MARTIN J. JENKINS<br>(16)　ANGELA LAMIE<br>(17)　D. LOWELL JENSEN<br>(18)　VALERIE LYNN STEWART<br><br>　　　　Joindered Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. C-07-3053 MJJ<br><br>WRIT OF HABEAS CORPUS<br>ORDER TO SHOW CAUSE<br>[28 USCS § 2243]<br><br>Re: In Rem/Personam Constructive Trusts:<br>　USDC, M.D. FL, Tampa Cases<br>94-65-CR-T-24(E), 93-1079-CIV-T-15C/25C<br>93-3550,93-3959 (BK); and in 5th Cir. FL<br>93-503-CFA, 13th Cir. FL 93-4405,93-4569;<br>and IRS and BOP Assessments |



TO EACH AND EVERY JOINDERED RESPONDENT, Paul Copenhaver, Henry M. Paulson, Jr., Martin J. Jenkins, Angela Lamie, D. Lowell Jensen, and Valerie Lynn Stewart, PLEASE TAKE NOTICE THAT on June 12, 2007, a PETITION FOR WRIT OF HABEAS CORPUS was filed in the above entitled Court, a superior court of record proceeding according to the common law, having final jurisdiction, whose decisions are conclusive on all courts.

IT APPEARING THAT THE APPLICANT, IS ENTITLED THERETO, EACH AND EVERY JOINDERED RESPONDENT IS DIRECTED, in accordance with Title 28 USCS Section 2243 to forthwith release Janice Weeks-Katona, her property, and property under her control, from custody.  If Janice Weeks-Katona and said property is not forthwith released from custody, then within three (3) calendar days after service of this Writ each Joindered Respondent custodian shall make a return certifying the true cause of the detention, and shall show cause why the Writ should not be granted.  On application to the Court for good cause, additional time not exceeding twenty (20) days may be allowed for return.

Each above-named Respondent must state in his return, plainly and unequivocally:

1. Whether he has or has not the party and/or property in his custody, or under his power, or restraint;

2. If he has the party and/or property in his custody or power, or under his restraint, he must state the authority and cause of such imprisonment or restraint;

Writ of Habeas Corpus/Order to Show Cause (JWK & Property)　　　　　　　　Page 1 of 3

3. If the party and/or property is detained by virtue of any writ, warrant, or other written authority, a copy thereof must be annexed to the return, and the original produced and exhibited to the Court on the hearing of such return;

4. If the person upon whom the Writ is served had the party and/or property in his power or custody, or under his restraint, at any time prior or subsequent to the date of the Writ of Habeas Corpus, but has transferred such custody or restraint to another, the return must state particularly to whom, at what time and place, for what cause, and by what authority such transfer took place;

5. The return must be signed by the person making the return and except when such person is a sworn public officer, and makes such return in his official capacity, it must be verified by his oath.

The applicant or the person detained may, under oath, deny any of the facts set forth in the return or allege any other material facts.

The return and all suggestions made against it may be amended, by leave of court, before or after being filed.

When the Writ/Order is returned, a day shall be set for hearing not more than five (5) days after the return unless for good cause additional time is allowed.

Because the Petition for Writ of Habeas Corpus and Notice of Permissive Joinder of Parties as Respondents present issues of fact as well as issues of law, if Janice Weeks-Katona is constrained by actual physical force, then said Joindered Respondent custodian is required to produce at the hearing the body of the person detained together with said property or title thereto, and proof of claim.

The Clerk of the Court shall forthwith upon receipt of this Writ of Habeas Corpus/ Order to Show Cause endorse and docket same, and serve said document upon the six Joindered Respondents named herein together with Petition for Writ of Habeas Corpus filed June 12, 2007, and Notice of Permissive Joinder of Parties Respondent, and Notice of Hearing. Service shall be made to each of the six Joindered Respondents or their counsel via E-Filing no later than Friday, September 19, 2008.

The Clerk shall forthwith schedule the Hearing for Friday, September 26, 2008, at 11:00 a.m. in Room 16111 on the 16th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California. (415-522-2103).

In consequence of Default Judgment and default on return by original thirteen Respondents and likelihood of Joindered Respondents not having proof of claim, the Clerk shall prior to Hearing accept bond on the case, and an Appearance Bond for each of the Thirteen Original Respondents and Six Joindered Respondents from Janice Weeks-Katona, as previously ordered.

At the hearing the Court shall summarily hear and determine the facts, and dispose of the matter as law and justice require.

IT IS SO ORDERED.

WITNESS: The SEAL of the Court on this 13th Day of September in the year 2008, A.D.

THE COURT

By: Janice Weeks-Katona
Attornatus Privatus



Federal Correctional Institution Dublin
Janice Weeks-Katona LS486078
c/o FCI Dublin 17493-018 Unit C
5701 Eighth Street, Camp Parks
Dublin, California 94568

SPECIAL/LEGAL MAIL



7004 2510 0001 2736 4406

Richard W. Wieking
Clerk of the Court
US District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco CA 94102-9680

